1  Andrew C. Schwartz (SBN 64578)  (schwartz@cmslaw.com)
   **CASPER, MEADOWS, SCHWARTZ & COOK**
2  A Professional Corporation
   California Plaza
3  2121 North California Blvd., Suite 1020
   Walnut Creek, California  94596
4  Telephone:     (925) 947-1147
   Facsimile:     (925) 947-1131
5

6  Edwin Prather (SBN 190536) (edwin@pratherlawoffices.com)
   **LAW OFFICES OF EDWIN PRATHER**
7  461 Bush Street, Suite 350
   San Francisco, California  94108
8  Telephone:     (415) 881-7774

9  Attorneys for Plaintiffs
   CHIEN VAN BUI AND AI HUYNH
10
   DENNIS J. HERRERA, City Attorney (State Bar #139669)
11 JOANNE HOEPER, Chief Trial Attorney (State Bar #114961)
   SEAN F. CONNOLLY, Deputy City Attorney (State Bar #152235)
12 Fox Plaza
   1390 Market Street, Sixth Floor
13 San Francisco, California 94102-5408
   Telephone: (415) 554-3863
14 Facsimile: (415) 554-3837
   Email: sean.connolly@sfgov.org
15
   Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO,
16 SAN FRANCISCO POLICE OFFICER AUSTIN WILSON,
   SAN FRANCISCO POLICE OFFICER TIMOTHY A. ORTIZ
17

18                         UNITED STATES DISTRICT COURT

19                        NORTHERN DISTRICT OF CALIFORNIA

20

| CHIEN VAN BUI AND AI HUYNH, individually, and as successors in interest to the Estate of Vinh Van Bui,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER AUSTIN WILSON, SAN FRANCISCO POLICE OFFICER TIMOTHY A. ORTIZ, and DOES ONE through 50,<br><br>Defendants. | Case No.: **C11-04189 LB**<br><br>~~[PROPOSED]~~ **ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>**DATE:  August 29, 2012**<br>**TIME:  10:00 a.m.** |
|---|---|

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Bui vs. City and County of San Francisco, et al.*   Case No. C11-04189 LB                                     Page 1
[ORDER] CONTINUING SETTLEMENT CONFERENCE

1     PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT:

2     The settlement conference, currently scheduled for August 29, 2012 at 10:00 a.m.,

3 shall be continued to ~~September 20, 2012 at 10:00 a.m~~.   September 25, 2012 at 10:00 a.m.

4

5 DATED: May 18, 2012

                                  Hon. Maria-Elena James
6                                   Judge of United States District Court

**CASPER, MEADOWS,
SCHWARTZ & COOK**
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Bui vs. City and County of San Francisco, et al.*   Case No. C11-04189 LB     Page 2
[ORDER] CONTINUING SETTLEMENT CONFERENCE