1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar #152235
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3863
6  Facsimile:    (415) 554-3837
   Email:        sean.connolly@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  SAN FRANCISCO POLICE OFFICER AUSTIN
   WILSON, SAN FRANCISCO POLICE OFFICER
10 TIMOTHY A. ORTIZ

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14 CHIEN VAN BUI AND AI HUYNH,                    Case No. CV 11-4189 LB
   individually, and as successors in interest to
15 the Estate of Vinh Van Bui,

16         Plaintiffs,                            **STIPULATION BY THE PARTIES TO**
                                                  **MODIFY CASE MANAGEMENT AND**
17         vs.                                    **PRETRIAL ORDER**

18 CITY AND COUNTY OF SAN
   FRANCISCO, SAN FRANCISCO POLICE
19 OFFICER AUSTIN WILSON, SAN
   FRANCISCO POLICE OFFICER TIMOTHY
20 A. ORTIZ, and Does ONE through 50,

21         Defendants.

22

23

24         The undersigned parties, through counsel, STIPULATE and AGREE and jointly request to

25 modify and amend Magistrate Judge Beeler's Case Management and Pretrial Order of April 13, 2012,

26 to correct the dates for hearing dispositive motions and the final pretrial conference so that they are in

27 conformance with Magistrate Judge Beeler's calendar.

28

   Stip. To Correct Dates in Case Mgmt. & Pretrial Order        1
   Bui v. CCSF; Case No. 11-cv-4189

|  | Current Date | New Date |
|---|---|---|
| Last hearing date for dispostive motions and/or further case management conference | September 3, 2013 @ 11:00 a.m. | September 5, 2013 @ 11:00 a.m. |
| Final Pretrial Conference | October 25, 2013 @ 10:30 a.m. | October 24, 2013 @ 10:30 a.m. |

**IT IS SO STIPULATED.**

Dated:  May 16, 2012

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
SEAN F. CONNOLLY
Deputy City Attorney

By:_____*/s/ Sean F. Connolly*_____
SEAN F. CONNOLLY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN
FRANCISCO POLICE OFFICER AUSTIN WILSON,
AND SAN FRANCISCO POLICE OFFICER
TIMOTHY A. ORTIZ

Dated:  May 16, 2012

CASPER MEADOWS, SCHWARTZ & COOK

By:__*/s/ Andrew Schwartz*_____
ANDREW SCHWARTZ

Attorneys for Plaintiffs
CHIEN VAN BUI AND AI HUYNH, individually, and
as successors in interest to the Estate of Vinh Van Bui

Dated:  May 16, 2012

LAW OFFICES OF EDWIN PRATHER

By:___*/S/ Edwin Prather*_____
EDWIN PRATHER

Attorneys for Plaintiffs
CHIEN VAN BUI AND AI HUYNH, individually, and
as successors in interest to the Estate of Vinh Van Bui

Stip. To Correct Dates in Case Mgmt. & Pretrial Order        2
Bui v. CCSF; Case No. 11-cv-4189

1
## ORDER

2      Based on the above amended stipulation, and for good cause appearing, IT IS ORDERED as

3  follows:

4      September 5, 2013 at 11:00 a.m. last hearing date for dispositive motions and/or further case

5  management conference; and

6      October 24, 2013 at 10:30 a.m. Final Pretrial Conference

7

8      PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10

11  Dated:_____5/21/2012_____      _____

12                                    THE HONORABLE LAUREL BEELER
                                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28