1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar #152235
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3863
6  Facsimile:    (415) 554-3837
   Email:        sean.connolly@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  SAN FRANCISCO POLICE OFFICER AUSTIN
   WILSON, SAN FRANCISCO POLICE OFFICER
10 TIMOTHY A. ORTIZ

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIEN VAN BUI AND AI HUYNH, individually, and as successors in interest to the Estate of Vinh Van Bui,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER AUSTIN WILSON, SAN FRANCISCO POLICE OFFICER TIMOTHY A. ORTIZ, and Does ONE through 50,<br><br>　　　　Defendants. | Case No. CV 11-4189 LB<br><br>**STIPULATION BY THE PARTIES TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER** |

　　　　The undersigned parties, through counsel, STIPULATE and AGREE and jointly request to modify and amend Magistrate Judge Beeler's Case Management and Pretrial Order of April 13, 2012, to correct the dates for hearing dispositive motions and the final pretrial conference so that they are in conformance with Magistrate Judge Beeler's calendar.

| | Current Date | New Date |
|---|---|---|
| Last hearing date for dispostive motions and/or further case management conference | September 3, 2013 @ 11:00 a.m. | September 5, 2013 @ 11:00 a.m. |
| Final Pretrial Conference | October 25, 2013 @ 10:30 a.m. | October 24, 2013 @ 10:30 a.m. |

**IT IS SO STIPULATED.**

Dated: May 16, 2012

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Attorney
        SEAN F. CONNOLLY
        Deputy City Attorney

        By:    */s/ Sean F. Connolly*
              SEAN F. CONNOLLY

        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER AUSTIN WILSON, AND SAN FRANCISCO POLICE OFFICER TIMOTHY A. ORTIZ

Dated: May 16, 2012        CASPER MEADOWS, SCHWARTZ & COOK

        By:    */s/ Andrew Schwartz*
              ANDREW SCHWARTZ

        Attorneys for Plaintiffs
        CHIEN VAN BUI AND AI HUYNH, individually, and as successors in interest to the Estate of Vinh Van Bui

Dated: May 16, 2012

        LAW OFFICES OF EDWIN PRATHER

        By:    */S/ Edwin Prather*
              EDWIN PRATHER

        Attorneys for Plaintiffs
        CHIEN VAN BUI AND AI HUYNH, individually, and as successors in interest to the Estate of Vinh Van Bui

**ORDER**

Based on the above amended stipulation, and for good cause appearing, IT IS ORDERED as follows:

<u>September 5, 2013 at 11:00 a.m.</u> last hearing date for dispositive motions and/or further case management conference; and

<u>October 24, 2013 at 10:30 a.m.</u> Final Pretrial Conference

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/21/2012

THE HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE