ANDREW C. SCHWARTZ
Certified Civil Trial Specialist/
National Board of Trial Advocacy

STAN CASPER
Certified Civil Trial Specialist/
National Board of Trial Advocacy

MICHAEL D. MEADOWS

LARRY E. COOK

NICK CASPER
BARBARA ROSE SMITH
ADAM CARLSON

LAW OFFICES OF
# CASPER, MEADOWS, SCHWARTZ & COOK
A PROFESSIONAL CORPORATION
CALIFORNIA PLAZA
2121 NORTH CALIFORNIA BOULEVARD
SUITE 1020
WALNUT CREEK, CALIFORNIA 94596-7333

TEL: (925) 947-1147

FAX: (925) 947-1131

EMAIL:
SCHWARTZ@CMSLAW.COM

July 24, 2013

Magistrate Judge Laurel Beeler
United States District Court
San Francisco Courthouse, Courtroom C - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Bui vs. CCSF, et al.*
U.S.D.C. Case No. C11-04189 LB

Dear Judge Beeler:

This office represents the plaintiffs in the above-entitled matter and I am writing this letter in light of the most recent case management order.

You may remember that Plaintiffs agreed to continue the trial at the request of the defendants. The trial that was originally set for November 4, 2013 is now set for March 10, 2014.

In your original case management order on page 3, paragraph IV, the court provided that the parties have agreed to a modified summary judgment briefing schedule that allows an opposition to be filed thirty days after the motion and an optional reply two weeks later, and with all filings due two weeks before the scheduled hearing. When the parties stipulated to a new trial date, it was anticipated that this summary judgment briefing schedule would be included in your new order.

Unfortunately your recent order allows plaintiffs only three weeks to respond to defendants' summary judgment motion, and one of those weeks is Thanksgiving week. I am writing this letter to request that your most recent case management order be modified to include the original language of your first case management order, allowing the plaintiffs thirty days to

Magistrate Judge Laurel Beeler
United States District Court
Re:  *Bui vs. CCSF,* et al.
July 24, 2013
Page 2

---

file an opposition to defendants' motion for summary judgment, and the defendant allowed two weeks to file an optional reply with all filings due two weeks before the scheduled hearing.

   Thank you for your kind consideration of this correspondence. I have informed opposing counsel of my intention to make this request.

            Very truly yours,

            ANDREW C. SCHWARTZ

ACS/mae

cc: Edwin Prather
   Sean Connolly