1
2
3
4
5
6
7
8                    UNITED STATES  DISTRICT COURT
9                       Northern District of California
10                          San Francisco Division
11   CHIEN VAN BUI,                          No. C 11-04189 LB
12              Plaintiff,              **AMENDED SCHEDULING ORDER**
13        v.
14   CITY AND COUNTY OF SAN
     FRANCISCO, et al.,
15
16              Defendants.
     _____/
17       The court issues this revised scheduling chart following the October 3, 2013 further case
18   management conference discussing these issues.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Non-expert discovery completion date | 12/2/2013 |
| Completion of Joint Statement of Undisputed Facts | 12/16/2013 |
| Last day to file dispositive motions | 1/23/2014 |
| Expert disclosures required by Federal Rules of Civil Procedure | 1/31/2014 |
| Rebuttal expert disclosures | 2/7/2014 |
| Expert discovery completion date | 2/17/2014 |
| Last day to file opposition to dispositive motion | 2/20/2014 |
| Last day to file reply in support of dispositive motion | 2/27/2014 |

UNITED STATES DISTRICT COURT
For the Northern District of California

C 11-04189 LB
ORDER

| | |
|---|---|
| Last hearing date for dispositive motions and/or further case management conference | 3/13/2014, at 11:00 a.m. |
| Meet and confer in person re pretrial filings | 3/14/2014 |
| Pretrial filings due | 3/18/2014 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 3/25/2014 |
| Final Pretrial Conference | 4/3/2014, at 10:30 a.m. |
| Trial | 4/14/2014, at 8:30 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: October 3, 2013

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

C 11-04189 LB
ORDER

2