UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CHIEN VAN BUI, et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 11-04189 LB<br><br>**ORDER REGARDING DEFENDANTS' LETTER DATED DECEMBER 11, 2013**<br><br>[Re: ECF No. 68] |

On December 9, 2013, the court's clerk issued a notice that reset the last day for hearing dispositive motions from March 13, 2014 to March 6, 2014 at 9:30 a.m. ECF No. 67. All other deadlines remain in place. *See* ECF No. 56. The last day for filing dispositive motions is still January 23, 2014. The last day to file an opposition is still February 20, 2014. And the last day for filing a reply is still February 27, 2014.

**IT IS SO ORDERED.**

Dated: December 12, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 11-04189 LB
ORDER