1
2
3
4
5
6
7
8

# UNITED STATES  DISTRICT COURT

9

## Northern District of California

10

San Francisco Division

11 CHIEN VAN BUI, et al.,                                    No. C 11-04189 LB

12               Plaintiffs,                          **ORDER SETTING DATES**

13         v.                                                [Re: ECF Nos. 72-74]

14 CITY AND COUNTY OF SAN
   FRANCISCO, et al.,

15

16               Defendants.
   _____/

17       On February 7, 2014, upon the court's request, the parties filed a stipulation selecting a new trial

18 date.  See 1/13/2014 Order, ECF No. 72; 2/7/2014 Stipulation, ECF No. 73.  The selected date is

19 fine, and the court granted their stipulation.  2/10/2014 Order, ECF No. 74.  For clarity's sake, the

20 court sets forth the following dates for this case:

21
22
23
24
25
26
27
28

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Completion of Joint Statement of Undisputed Facts | 2/17/2014 |
| Last day to file dispositive motions | 3/13/2014 |
| Expert disclosures required by Federal Rules of Civil Procedure | 1/31/2014 |
| Rebuttal expert disclosures | 2/7/2014 |
| Expert discovery completion date | 2/17/2014 |
| Last day to file opposition to dispositive motion | 4/17/2014 |

UNITED STATES DISTRICT COURT
For the Northern District of California

| | |
|---|---|
| Last day to file reply in support of dispositive motion | 4/24/2014 |
| Last hearing date for dispositive motions and/or further case management conference | 5/15/2014, at 9:30 a.m. |
| Meet and confer in person re pretrial filings | 7/22/2014 |
| Pretrial filings due | 7/31/2014 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 8/7/2014 |
| Final Pretrial Conference | 8/21/2014 |
| Trial | 9/8/2014 |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: February 10, 2014

_____

LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California