UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CHIEN VAN BUI, et al., | No. C 11-04189 LB |
| Plaintiffs, | **ORDER REGARDING PLAINTIFFS' MOTION FOR LEAVE OF COURT TO SUBMIT REBUTTAL EXPERT WITNESS AFTER THE DEADLINE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | [Re: ECF No. 96] |
| Defendants. | |

On March 26, 2014, Plaintiffs filed a Motion for Leave of Court to Submit Rebuttal Expert Witness after the Deadline. *See* Motion, ECF No. 96. It raises a discovery issue that is the type of dispute that should be addressed in a letter brief. The point of that process is for a meet-and-confer in person. Under the circumstances, and given the time line, the court directs the parties to try and work it out (and they should) as soon as possible, and if they cannot, Defendants must file a two-page letter brief by Monday, March 31, 2014 at 5:00 p.m. Plaintiffs may file an optional one-page reply by Tuesday, April 1, 2014. The court thereafter will decide if further briefing is needed. If the parties work it out, they should notify the court by March 31, 2014 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: March 28, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 11-04189 LB
ORDER