UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CHIEN VAN BUI, et al., | No. C 11-04189 LB |
| Plaintiffs, | **ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | [Re: ECF No. 101] |
| Defendants. | |

On April 15, 2014, Plaintiffs filed an administrative motion to file certain documents, including portions of their opposition to Defendant's motion for summary judgment, under seal. Administrative Motion, ECF No. 101. Plaintiffs seek to file these documents under seal because Defendants previously designated them as "confidential" under the protective order. Specifically, Defendants seek to file the following documents, or portions thereof, under seal:

    1.    Opposition Brief (lines mentioning the Internal Affairs interview of Officer Ortiz)

    2.    Schwartz Declaration, Ex. D, Ex. 2 (Exhibit 2 to the Goley Deposition Transcript)

    3.    Schwartz Declaration, Ex. U (Transcribed Police Interview of Vincent C.)

    4.    Schwartz Declaration, Ex. V (Transcribed Police Interview of Geoffrey J.)

    5.    Schwartz Declaration, Ex. W (Transcribed Police Interview of Nelson T.)

    6.    Schwartz Declaration, Ex. X (Police Statement of Vincent C.)

    7.    Schwartz Declaration, Ex. Y (Police Statement of Geoffrey J.)

C 11-04189 LB
ORDER

       8.      Schwartz Declaration, Ex. Z (Police Statement of Nelson T.)

       9.      Schwartz Declaration, Ex. BB (Internal Affairs interview of Officer Ortiz)

      10.     Clark Declaration (lines mentioning the Internal Affairs interview of Officer Ortiz)

In response, Defendants' counsel, Sean Connelly, submitted a declaration under Civil Local Rule 79-5(e)(1) that states that only the Internal Affairs interview of Officer Ortiz (Schwartz Declaration, Ex. BB) and the portions of the opposition brief and Clark Declaration that mention the Internal Affairs interview of Officer Ortiz actually are sealable. Connolly Sealing Declaration, ECF No. 107.

In light of Mr. Connolly's declaration, the court **GRANTS IN PART** Plaintiffs' administrative motion, finding that the only sealable material is the Internal Affairs interview of Officer Ortiz (Schwartz Declaration, Ex. BB) and the portions of the opposition brief and Clark Declaration that mention the Internal Affairs interview of Officer Ortiz. The other material mentioned in Plaintiffs' administrative motion shall be filed unsealed in the public record.

So that the docket is clear and to enable easy citation, the court **ORDERS** Plaintiffs to do the following:

      1.      File as a separate docket entry the redacted opposition brief (e.g., ECF No. 109)

      2.      File as separate docket entry and under seal the unredacted opposition brief with the sealable portions highlighted (e.g., ECF No. 110)

      3.      File as a separate docket entry the Schwartz Declaration with all of its exhibits (Exs. A - DD), with Exhibit BB filed under seal (e.g., ECF No. 111)

      4.      File as a separate docket entry the redacted Clark Declaration (e.g., ECF No. 112)

      5.      File as a separate docket entry and under seal the unredacted Clark Declaration with the sealable portions highlighted (e.g., ECF No. 113)

      6.      Provide the court with chambers copies of each of the above-listed documents.

Plaintiffs do not need to re-file the Herrmann Declaration (ECF No. 103) or the Tran Declaration (ECF No. 104).

**IT IS SO ORDERED.**

Dated: April 24, 2014

_____
LAUREL BEELER
United States Magistrate Judge