<b>UNITED STATES DISTRICT COURT</b><br>
<b>For the Northern District of California</b>

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| CHIEN VAN BUI, et al., | No. C 11-04189 LB |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | [Re: ECF No. 139] |
| _____/ | |

On July 18, 2014, Defendants filed a motion for leave to file a motion for reconsideration. Motion, ECF No. 139.  To keep the case moving along, and pursuant to Civil Local Rule 7-9(d), the court directs Plaintiffs to file a response to Defendants' motion by 5:00 p.m. PDT on Wednesday, July 23, 2014, so the court can discuss it with the parties at the case management conference set for Thursday, July 24, 2014.

**IT IS SO ORDERED.**

Dated: July 18, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 11-04189 LB
ORDER