DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
REBECCA A. BERS, State Bar #287111
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863 [Connolly]
Telephone:     (415) 554-4224 [Bers]
Facsimile:     (415) 554-3837
Email:         sean.connolly@sfcityatty.org
Email:         rebecca.bers@sfcityatty.org

Attorneys for Defendants
SAN FRANCISCO POLICE OFFICER AUSTIN
WILSON, SAN FRANCISCO POLICE OFFICER
TIMOTHY A. ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIEN VAN BUI AND AI HUYNH, individually, and as successors in interest to the Estate of Vinh Van Bui,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER AUSTIN WILSON, SAN FRANCISCO POLICE OFFICER TIMOTHY A. ORTIZ<br><br>Defendants. | Case No. CV 11-4189 LB<br><br>**DEFENDANTS' PROPOSED SECOND AMENDED SEPARATE WITNESS LIST FOR CASE-IN-CHIEF WITNESSES**<br><br>Trial Date:           March 5, 2018 |

Defendants CITY AND COUNTY OF SAN FRANCISCO ("City"), OFFICER TIMOTHY ORTIZ and OFFICER AUSTIN WILSON ("Defendants"), submit the following list of witnesses who may be called by defendants to testify at trial:

| | Witness | Summary of Testimony | Hour/minute time estimate |
|---|---|---|---|
| 1. | Officer Marvin Cabuntala | Oversaw Nelson Tran and Jason Wu complete the written statement. | .25 |
| 2. | Insp. Larry Camilleri | Assisted in Crime Scene Investigation, took photographs. | .25 |
| 3. | Expert Don Cameron | Retained expert witness in the field of police practices, policy and procedures | 1.0 |
| 4. | Witness Marvin Chen | Witnessed both events stabbing and shooting. | .50 |
| 5. | Witness Vincent Chen | In the kitchen during stabbing. | .50 |
| 6. | Officer Chien-Ping Chou | Interviewed Thanh (Cindy) Tran. | .50 |
| 7. | Commander Richard Corriera | Non-retained expert witness and will testify about police crisis intervention training and policies and practices involving the arrest and/or investigation of persons with mental health conditions; and about the defendants' compliance and conformity with these policies. Pre-shooting tactics. | 1.0 |
| 8. | Inspector Dan Cunningham | Assisted in homicide investigation, took witness statements (Marvin Chan, Andrew Kung, Simon Pan and City Tran) and collected evidence. | .50 |
| 9. | Officer Pamela Cunningham | CSI team that responded to scene. Took photos of Sharon Hong and clothing at Bayview Station. | .50 |
| 10. | Inspector Kevin Edison | Assisted in Crime Scene Investigation; digitally mapped scene. | .50 |
| 11. | Officer Gabriela Fischer | Collected knife (marked #1), a deformed bullet in the kitchen's lazy-susan, cartridge casings marked #3 and #4. | .25 |
| 12. | Officer Joshua Fry | Interviewed Nelson Duc Dat Tran. | .25 |

| | Witness | Summary of Testimony | Hour/minute time estimate |
|---|---|---|---|
| 13. | Officer Duncan Gillies | Assembled group of juveniles and oversaw witness statements (Joanne Gong, Vincent Chen). | .25 |
| 14. | Witness Joanne Gong | Witnessed kitchen bathroom incident. Located in the living room during the shooting. | .50 |
| 15. | Sergeant Jack Hart | One of the first to arrive on scene after shooting; made numerous observations; spoke to witnesses. | .25 |
| 16. | Officer Tri Hoang | Translator for Cindy Tran interview. Transported the juveniles to Bayview station. | .50 |
| 17. | Witness Sharon Hong | Stabbing victim. Witnessed the shooting. | .75 |
| 18. | Officer Victor Hui | Oversaw witness statements of Andrew Kung, Simon Pan, Sandra Wong, Marvin Chen, Jacelyn Bautista and Jonathan Yan. | .50 |
| 19. | Michael Hunter MD | Custodian of Records, SF Medical Examiner's Office. | .50 |
| 20. | Officer Jennifer Irwin | Obtained the crime log scene at 1624 hours. Assisted and witnessed the photographs of Sharon Hong injury and clothing. | .25 |
| 21. | Expert Alexander Jason | Retained expert witness in the field of crime scene analysis. | 1.0 |
| 22. | Witness Geoffrey Jiang | In the kitchen at the time of the stabbing. Located in Melina's room at the time of the shooting. | .50 |
| 23. | Inspector Kevin Jones | Interviewed Melina Herrera and Sharon Hong. He ordered the EMT and CAD Records. Has handwritten notes the following interviews: Jonathan Yan, Sandra Wong and Sharon Hong. | .25 |
| 24. | Officer Sher Khan | Oversaw Sharon Hong complete written statement. | .25 |
| 25. | Witness Andrew Kung | Witnessed Bui with a knife in his hand after in the hallway after he stabbed Sharon Hong. | 1.0 |

| | Witness | Summary of Testimony | Hour/minute time estimate |
|---|---|---|---|
| 26. | Expert Michael Laufer | Retained expert witness in the field of forensic pathology. | 1.0 |
| 27. | Officer Jonathan Lee | First officers to respond as backup. Kicked the knife from Bui, handcuffed Bui and rendered aid. | .50 |
| 28. | Witness Aaron Li | Located in Melina Herrera room at the time of the stabbing. Aaron answered the door to let the officers in the house. Witnessed the shooting from Melina Herrera room. | .50 |
| 29. | Inspector Robert Lynch | Interviewed Chien Van Bui, Ai Huyah, Lan Hoa Herrera, Geoffrey Jiang and Alissa Herrera. | .25 |
| 30. | Inspector Richard Martin | Homicide inspector that interviewed Thanh (Cindy) Tran, Marvin Chen. Simon Pan and Andrew Kung. | .25 |
| 31. | Inspector David Martinovich | Homicide inspector that interviewed Jason Wu, Vincent Chen, Joanne Gong and Aaron Li and present during the interview of Thanh (Cindy) Tran. | .25 |
| 32. | Officer Christine McCormick | Assisted taking photographs of Sharon Hong and her injuries. | .25 |
| 33. | Lieutenant Lea Militello | Head of homicide. Interviewed Chien Van Bui, Ai Huyah, Lan Hoa Herrera and Geoffrey Jiang. | .25 |
| 34. | Inspector Michael Morley | Homicide team investigating the OIS. Interviewed Jason Wu, Vincent Chen, Joanne Gong and Aaron Li. | .25 |
| 35. | Sergeant Michael Nevin (IA) | Present during Jesse Oropeza, Jonathan Lee, Kevin Whitfield, Jack Hart, Austin Wilson and Timothy Ortiz interviews. Non retained expert in tactics. | .50 |
| 36. | Officer Charlie Ng | Transported 12 juvenile witnesses from Bacon to Bayview to be interviewed by homicide inspectors. | .25 |
| 37. | Officer John Norment | Responded to incident shortly after shooting with Ajay Singh, Duncan Gillies and Joshua Fry. Present when Joanne Gong and Vincent Chen wrote statements. | .25 |

|   | Witness | Summary of Testimony | Hour/minute time estimate |
|---|---|---|---|
| 38. | Expert Margo Ogus | Retained expert witness and is expected to testify in rebuttal to the testimony of plaintiffs' retained economist | .25 |
| 39. | Officer Jesse Oropeza | First officers to respond as backup. Heard gunshot as he exited his vehicle upon arrival. | .25 |
| 40. | Officer Timothy Ortiz | Justification for shooting. | 1.0 |
| 41. | Witness Simon Pan | In the kitchen when Sharon Hong was stabbed and in the Melina Herrera room at the time of the shooting. Saw the incident from Melina Herrera room. | .5 |
| 42. | Inspector Michael Philpott | One of the primary investigators of criminal investigation into incident. Involved in all aspects of the investigation. Conducted criminal investigation of incident, took witness statements, etc. | 1.0 |
| 43. | Officer Dennis Rodelas | Collected the clothing from Sharon Hong and collected firearms and magazines from Timothy Ortiz and Austin Wilson. | .25 |
| 44. | Officer Angela Rouede | Conducted the SSI evidence inventory log (DNA, casings, suspects clothing and daily pill dispensers). | .25 |
| 45. | Officer Ajay Singh | Oversaw witness statement of Melina Herrera. | .25 |
| 46. | Andrew Smith | Criminalist who did ballistics testing. | .50 |
| 47. | Expert Mark Strassberg | Retained expert witness in the field of psychiatry and neurology | .25 |
| 48. | Officer Edric Talusan | Obtained the crime log scene at 1700 hours. | .25 |
| 49. | Witness Nelson Duc Dat Tran | Located in the living room at the time of the shooting. Witnessed Bui charge at the police | .50 |
| 50. | Inspector Robert Velarde | Conducted criminal investigation of incident, took witness statements, etc. | .25 |

|   | Witness | Summary of Testimony | Hour/minute time estimate |
|---|---|---|---|
| 51. | Kristin Walker | Custodian of Records, Police Communications CAD. | 1.0 |
| 52. | Inspector Kevin Whitfield | Witness to shooting. | 1.0 |
| 53. | Officer William Whitfield | Responded to the scene after the shooting. Lan Herrera provided Whitfield with a verbal statement. | .25 |
| 54. | Officer Austin Wilson | Justification for shooting. | 1.0 |
| 55. | Witness Sandra Wong | Witnessed the injury on Sharon Hong back and witnessed the shooting from the living room. | .50 |
| 56. | Witness Jason Wu | Witnessed the shooting from the living room and heard Sharon Hong scream after the stabbing. | .50 |
| 57. | Witness Jonathan Yan | Located in the kitchen when Sharon Hong was stabbed. Located in the living room at the time of the shooting. | .50 |
| 58. | Lt. Robert Yick | Non-retained expert witness and will testify concerning factors affecting a responding police officer's communication with Dispatch; the planning for the police entry into the residence at 629 Bacon Street and interaction with the occupants, including the decedent; the field supervision that occurred; tactics the officers used in the field; and whether the officers acted in an objectively reasonable manner in light of all of the relevant circumstances. | 1.0 |

Dated: February 28, 2018

          DENNIS J. HERRERA
          City Attorney
          CHERYL ADAMS
          Chief Trial Attorney
          SEAN F. CONNOLLY
          REBECCA A. BERS
          Deputy City Attorney

By: */s/ Sean F. Connolly*
      SEAN F. CONNOLLY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.