UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CHIEN VAN BUI, et al., | Case No. 11-cv-04189-LB |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

On March 20, 2018, the jury returned a verdict in favor of the defendants. The court hereby ENTERS judgment in favor of the defendants and against the plaintiffs.

**IT IS SO ORDERED.**

Dated: March 20, 2018

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 11-cv-04189-LB