| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | | **COURT USE ONLY** OBJECTION DEADLINE: OBJECTION FILED: YES ☐          NO ☐ |
|---|---|---|---|

| 1.  CASE NAME CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al. | 2.  CASE NUMBER 11-cv-04189 LB | 3. DATE JUDGMENT ENTERED March 20, 2018 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED CHIEN VAN BUI AND AI HUYNH |
|---|---|---|---|
| 5. NAME OF CLAIMING PARTY CITY AND COUNTY OF SAN FRANCISCO | 6.  NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") SEAN F. CONNOLLY | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE (415) 554-3863; sean.connolly@sfcityatty.org |

**8.** REQUEST TO TAX THE FOLLOWING AS COSTS:                                          (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | *Amt Allowed* | *Disallowed* | *Disallowance Reason* |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $0.00 | Not Applicable | | | |
| Service of Process, Civil LR 54-3(a)(2) | $2,212.00 | See Exhibit A-2 | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $247.20 | See Exhibit B-1 | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | $0.00 | Not Applicable | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | $10,872.10 | See Exhibit B-3 | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $10,382.47 | See Exhibit C-1 | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | $348.85 | See Exhibit C-2 for List. (See Exhibit C-1 for Invoices). | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | $273.00 | See Exhibit C-3 for List. (See Exhibit C-1 for Invoice). | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | $28.00 | See Exhibit D-1 | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $339.40 | See Exhibit D-2 for List.  (See Exhibit A-2 for Invoices). | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $3,970.97 | See Exhibit D-3 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Visual aids, Civil LR 54(d)(5) | $3,051.74 | See Exhibit D-4 | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $5,972.16 | See Exhibit E. (See Exhibit A-2 for Invoice Line Items noted "**"). | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | $0.00 | Not Applicable | | | |
| Court-appointed experts, 28 USC § 1920(6) | $0.00 | Not Applicable | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | $700.00 | See Exhibit F-3 | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | $2,806.28 | See Exhibit G-1 | | | |
| Costs of bonds and security, Civil LR 54-3(h) | $0.00 | Not Applicable | | | |
| **TOTAL AMOUNT** | $  41,204.17 | | $   0.00 | $   0.00 | |

| | |
|---|---|
| 9. ADDITIONAL COMMENTS, NOTES, ETC: | |

| | |
|---|---|
| 10. **AFFIDAVIT PURSUANT TO 28 USC § 1924:** I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.<br>**Name of Attorney/Claiming Party:** | 11. Costs are taxed in the amount of                    and included in the judgment.<br><br>Susan Y. Soong<br>Clerk of Court |
| **SIGNATURE:**      /s/ Sean F. Connolly            **DATE:**  April 3, 2018 | **BY:**                                   , Deputy Clerk      **DATE:** |

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | |
|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | TOTAL COST |
| WITNESS NAME , CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL WITNESS FEES/EXPENSES | | | | | | $  0.00 |

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.
USDC Northern District of California No. 11-cv-04189 LB

Memorandum of Costs Overview

| Cost Type | | Totals |
|---|---|---|
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | | $0.00 |
| Service of Process, Civil LR 54-3(a)(2) **(Exhibit A-2)** | | $2,212.00 |
| Transcripts for appeal, Civil LR 54-3(b)(1) (**Exhibit B-1**) | | $247.20 |
| Rulings from the bench, Civil LR 54-3(b)(2) | | $0.00 |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) **(Exhibit B-3)** | | $10,872.10 |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) **(Exhibit C-1)** | | $10,382.47 |
| Deposition exhibits, Civil LR 54-3(c)(3) **(Exhibit C-2)** | | $348.85 |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) **(Exhibit C-3)** | | $273.00 |
| Government records, Civil LR 54-3(d)(1) **(Exhibit D-1)** | | $28.00 |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) **(Exhibit D-2)** | | $339.40 |
| Trial exhibits, Civil LR 54-3(d)(4) **(Exhibit D-3)** | | $3,970.97 |
| Visual aids, Civil LR 54(d)(5) **(Exhibit D-4)** | | $3,051.74 |
| Itemized Witness Fees,* Civil LR 54(e) (**Exhibit E**) | | $5,972.16 |
| Fees for special masters & receivers, Civil LR 54-3(f) | | $0.00 |
| Court-appointed experts, 28 USC § 1920(6) | | $0.00 |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) (**Exhibit F-3**) | | $700.00 |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 (**Exhibit G-1**) | | $2,806.28 |
| Costs of bonds and security, Civil LR 54-3(h) | | $0.00 |
| **Grand Total** | | $41,204.17 |

EXHIBIT A-2

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.
USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT A-2**

Service of Process

| Process Server | Party Served | Date | Registered Process |
|---|---|---|---|
| WestCoast Legal | City College of San Francisco, subpoena service, Ref 25308989-01 | 12/5/2012 | $39.00 |
| WestCoast Legal | USPS, subpoena service, Ref 25308989-02 | 3/22/2013 | $39.00 |
| WestCoast Legal | Marriott International, subpoena service, Ref 25308989-03 | 11/28/2012 | $39.00 |
| WestCoast Legal | San Francisco Marriott Marquis, subpoena service, Ref 25309180-01 | 2/4/2013 | $39.00 |
| WestCoast Legal | SFGH, subpoena service, Ref 25309265-01 | 2/27/2013 | $39.00 |
| WestCoast Legal | SFGH Billing, Supplemental Records, Ref 25309265-02 | 1/30/2013 | $10.00 |
| WestCoast Legal | SFGH X-Rays, subpoena service, supplemental records, Ref 25309265-03 | 3/13/2013 | $10.00 |
| WestCoast Legal | SFGH Psychiatric, subpoena service, Ref 25309265-04 | 4/25/2013 | $39.00 |
| WestCoast Legal | St. Luke's, subpoena service, Ref 25309576-01 | 5/15/2013 | $39.00 |
| WestCoast Legal | CPMC St. Luke's Billing, subpoena service, Ref 25309576-02 | 3/29/2013 | $39.00 |
| WestCoast Legal | CPMC St. Luke's Radiology, subpoena service, Ref 25309576-03 | 3/29/2013 | $39.00 |
| WestCoast Legal | Progress Foundation, subpoena service, Ref 25309576-04 | 3/29/2013 | $39.00 |
| WestCoast Legal | Social Security Administration, subpoena service, Ref 25309576-05 | 7/17/2013 | $39.00 |
| WestCoast Legal | Mobile Crisis Treatment Team, subpoena service, Ref 25310028-01 | 7/17/2013 | $39.00 |
| WestCoast Legal | The Beach Chalet, subpoena service, Ref 25310028-02 | 7/17/2013 | $39.00 |
| WestCoast Legal | Baker Places, subpoena service, Ref 25310036-01 | 7/17/2013 | $39.00 |
| WestCoast Legal | Darden Inc, subpoena service, Ref 25310036-02 | 7/17/2013 | $39.00 |
| WestCoast Legal | Community Vocational Enterprises, subpoena service, Ref 25310036-03 | 7/17/2013 | $39.00 |
| WestCoast Legal | RAMS, subpoena service, Ref 25310036-04 | 7/8/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310044-01, including amended subpoena | 9/24/2013 | $78.00 |
| WestCoast Legal | Walgreen Co., subpoena service, Ref 25310046-01 | 8/1/2013 | $39.00 |

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.
USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT A-2**

Service of Process

| Process Server | Party Served | Date | Registered Process |
|---|---|---|---|
| WestCoast Legal | Verizon Wireless, subpoena service, Ref 25310078-01 | 7/31/2013 | $39.00 |
| WestCoast Legal | Citibank, N.A., subpoena service, Ref 25310166-01 | 8/19/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310229-01 | 9/20/2013 | $39.00 |
| WestCoast Legal | Verizon Wireless, subpoena service, Ref 25310229-02 | 9/20/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310229-03 | 9/20/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310229-04 | 9/20/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310229-05 | 9/20/2013 | $39.00 |
| WestCoast Legal | Metro PCS, subpoena service, Ref 25310230-01 | 9/24/2013 | $39.00 |
| WestCoast Legal | Sprint Corporation, subpoena service, Ref 25310230-03 | 9/6/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310230-04 | 9/20/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310230-05 | 9/23/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310230-06 | 9/18/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310230-07 | 9/18/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310230-08 | 9/18/2013 | $39.00 |
| WestCoast Legal | Verizon Wireless, subpoena service, Ref 25310231-01, including amended subpoena | 10/16/2013 | $78.00 |
| WestCoast Legal | Walgreen Co., subpoena service, Ref 25310244-01 | 9/24/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310286-01 | 9/20/2013 | $39.00 |
| WestCoast Legal | Verizon Wireless, subpoena service, Ref 25310306-01 | 9/27/2013 | $39.00 |
| WestCoast Legal | MetroPCS, subpoena service, Ref 25310321-01 | 9/27/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310390-01 | 10/21/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310390-02 | 10/21/2013 | $39.00 |
| WestCoast Legal | AT&T, subpoena service, Ref 25310390-03 | 10/18/2013 | $39.00 |
| WestCoast Legal | Metro PCS, subpoena service, Ref 25310390-04 | 10/25/2013 | $39.00 |
| WestCoast Legal | Verizon Wireless, subpoena service, Ref 25310390-05, including amended request | 10/23/2013 | $78.00 |
| WestCoast Legal | T-Mobile USA, subpoena service, Ref 25310405-01 | 11/14/2013 | $39.00 |
| WestCoast Legal | Comcast Cable, subpoena service, Ref 25310463-01 | 11/15/2013 | $39.00 |
| WestCoast Legal | T-Mobile USA, subpoena service, Ref 25310535-01 | 1/6/2014 | $39.00 |
| WestCoast Legal | Progress Foundation, subpoena service, Ref 25310893-01 | 3/11/2014 | $49.00 |

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.
USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT A-2**

Service of Process

| Process Server | Party Served | Date | Registered Process |
|---|---|---|---|
| WestCoast Legal | Social Security Administration, trial subpoena service, Ref 25T16417-01 | 3/28/2018 | $58.00 |
| WestCoast Legal | Citibank, N.A., trial subpoena service, Ref 25T16483-01 | 3/28/2018 | $58.00 |
| WestCoast Legal | AT&T, Trial Subpoena, Ref 25T16516-01 | 3/28/2018 | $58.00 |
| WestCoast Legal | Verizon Wireless, trial subpoena service, Ref 25T16516-02 | 3/28/2018 | $58.00 |
| **TOTAL** | | | **$2,212.00** |

**WEST COAST LEGAL SERVICE**

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE**   WLS# 25308989-01

| BILL TO: | SHIP TO: |
|---|---|
| San Francisco City Attorneys Office – Accounting Dept<br>1390 Market St, 5th Floor<br>San Francisco, CA. 94102<br>(415) 554-4211 x7 | Sean F. Connolly<br>San Francisco City Attorneys Office<br>1390 Market Street, 6th Floor<br>San Francisco, CA. 94102<br>(415) 554-3963 |

Client No.:   5544217

Client No.:   5543881

File No.:   110727

IRS # 77-0009418

Claim No.:

Pltf/Appl:   Chien Van Bui & Ai Huynh, individually, & as successors in interest to the Estate of Vin

vs Def:   City and County of San Francisco, et al

Court:   UNITED STATES DISTRICT COURT

Case No.:   CV 11-4189 LB

Records Pertain To:   **Vinh Van Bui (AKA:Tony Bui)**

Records From:   **City College of San Francisco**
**San Francisco, CA**

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies 4.00 | .60 |

**Notes:**
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

OK TO PAY
FILE #:  110727
12-18-12
Date

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX   .05

| DATE | December 5, 2012 | INVOICE NO. | 25308989-01 | | 56.15 |
|---|---|---|---|---|---|

---

### PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25308989-01 | December 5, 2012 | 56.15 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25308989-01**

*IRS # 77-0009418*

**WLS LEGAL SERVICE**

INVOICE   WLS# 25308989-02

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

BILL TO:

SHIP TO:

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5544217

Client No.:   5543881

File No.:   110727
Claim No.:
Pltf/Appl:   Chien Van Bui & Ai Huynh, individually, & as successors in interest to the estate of Vin
vs Def:   City and County of San Francisco, et al
Court:   UNITED STATES DISTRICT COURT
Case No.:   CV 11-4189 LB

IRS # 77-0009418

Records Pertain To:   **Vinh Van Bui (AKA:Tony Bui)**
Records From:   **US Postal Service**
**San Francisco, CA**

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies 20.00 | 3.00 |
| Attempt Auth/Waive from Consumer | 10.00 |

Notes:
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

**OK TO PAY**

FILE #:_____
BY:_____
                              Date

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX   .26

| DATE | June 12, 2013 | INVOICE NO. | 25308989-02 | | 68.76 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25308989-02 | June 12, 2013 | 68.76 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____   _____   _____   _____
Name on Card                    Card Number                    Exp. Date                    Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25308989-02**

IRS # 77-0009418

**WLS WESTCOAST LEGAL SERVICE**

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE**   WLS# 25308989-03

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:   5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3963

Client No.:   5543881

| | |
|---|---|
| File No.: | 110727 |
| Claim No.: | |
| Pltf/Appl: | Chien Van Bui & Ai Huynh, individually, & as successors in interest to the Estate of Vin |
| vs Def: | City and County of San Francisco, et al |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | CV 11-4189 LB |
| Records Pertain To: | **Vinh Van Bui (AKA:Tony Bui)** |
| Records From: | **Marriott International, Inc c/o CSC Lawyers Incorporating Service Sacramento, CA** |

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| *File Basic | 39.00 |
| *Witness Fee | 15.00 |
| *Check Charge | 1.50 |

Notes:
REQUEST AMENDED PER CLIENT INSTRUCTION. NO
RECORDS (PER DESCRIPTION) AVAILABLE FROM THIS
WITNESS WITH INFORMATION PROVIDED- DESTROYED

OK TO PAY
FILE #: 110727
BY: _____
Team Leader
Deputy City Attorney   12-18-12
Date

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

SALES TAX   .00

| DATE | November 28, 2012 | INVOICE NO. | 25308989-03 | 111.00 |
|---|---|---|---|---|

---

**PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT**

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25308989-03 | November 28, 2012 | 111.00 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

Name on Card _____   Card Number _____   Exp. Date _____   Signature _____

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25308989-03**

IRS # 77-0009418

**WLS**
**LEGAL SERVICE**    INVOICE    WLS# 25309180-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

| BILL TO: | SHIP TO: |
|---|---|

Sean F. Connolly
San Francisco City Attorneys Office - Accounting Dept   San Francisco City Attorneys Office
1390 Market St, 5th Floor          1390 Market Street, 6th Floor
San Francisco, CA. 94102          San Francisco, CA. 94102
(415) 554-4211 x7            (415) 554-3800

Client No.:  5544217          Client No.:  5543881

File No.:  110727                IRS # 77-0009418
Claim No.:
Pltf/Appl:  Chien Van Bui & Ai Huynh, individually, & as successors in interest to the Estate of Vin
vs Def:  City and County of San Francisco, et al
Court:  UNITED STATES DISTRICT COURT
Case No.:  CV 11-4189 LB

Records Pertain To:  **Vinh Van Bui (AKA:Tony Bui)**
Records From:  **San Francisco Marriott Marquis**
**San Francisco, CA**

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

OK TO PAY
FILE #: 110727
BY: (signature) 2-19-13
Deputy City Attorney   Date

**Notes:**
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM
THIS WITNESS WITH INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | SALES TAX | .00 |
|---|---|---|---|

| DATE | February 4, 2013 | INVOICE NO. | 25309180-01 | | 55.50 |
|---|---|---|---|---|---|

---

*PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT*

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25309180-01 | February 4, 2013 | 55.50 |

PAYMENT CHOICE:
☐ CHECK: *Payable to WestCoast Legal Service*
☐ CREDIT CARD: VISA  /  MasterCard  *(please circle)*

_____      _____      _____      _____
Name on Card         Card Number          Exp. Date            Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25309180-01**

*IRS # 77-0009418*

# WESTCOAST LEGAL SERVICE

**INVOICE**   WLS# 25309265-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**BILL TO:**

San Francisco City Attorneys Office – Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

*Client No.:*  5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

*Client No.:*  5543881

*File No.:*  110727
*Claim No.:*
*Pltf/Appl:*  Chien Van Bui & Ai Huynh, individually, & as successors in interest to the Estate of Vin
*vs Def:*  City and County of San Francisco, et al
*Court:*  UNITED STATES DISTRICT COURT
*Case No.:*  CV 11-4189 LB

IRS # 77-0009418

*ecords Pertain To:*  **Vinh Van Bui (AKA:Tony Bui)**
*Records From:*  **San Francisco General Hospital**
**San Francisco, CA**

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies 53.00 | 7.95 |

OK TO PAY
FILE #: 110727
BY:
Deputy City Attorney          Date

**Notes:**
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .70 |
|---|---|

| DATE | February 27, 2013 | INVOICE NO. | 25309265-01 | | 64.15 |
|---|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office – Accounting Dept | 5544217 | 25309265-01 | February 27, 2013 | 64.15 |

\YMENT CHOICE:
☐ *CHECK: Payable to WestCoast Legal Service*
☐ *CREDIT CARD: VISA  /  MasterCard  (please circle)*

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

.EASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25309265-01**

*IRS # 77-0009418*

# WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE**    WLS# 25309265-02

**BILL TO:**

San Francisco City Attorneys Office – Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

File No.: 110727
Claim No.:

IRS # 77-0009418

| | AMOUNT |
|---|---|
| Supplemental Records | 10.00 |
| *Witness Fee | 15.60 |
| *Check Charge | 1.56 |
| *Copies | .30 |

Pltf/Appl: Chien Van Bui & Ai Huynh, individually, & as successors in interest to the Estate of Vin
vs Def: City and County of San Francisco, et al
Court: UNITED STATES DISTRICT COURT
Case No.: CV 11-4189 LB

Records Pertain To: **Vinh Van Bui (AKA:Tony Bui)**
Records From: **San Francisco General Hospital    (Billing)**
**San Francisco, CA**

OK TO PAY
FILE #: 110727
BY: _____
2-6-13

Notes:
FEE ADVANCED FOR PRODUCTION OF RECORDS.

*1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX    .03

| DATE | January 30, 2013 | INVOICE NO. | 25309265-02 | 27.49 |
|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office – Accounting Dept | 5544217 | 25309265-02 | January 30, 2013 | 27.49 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____    _____    _____    _____
Name on Card          Card Number          Exp. Date          Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA. 95128**

**WLS# 25309265-02**

IRS # 77-0009418

**WLS** LEGAL SERVICE

**INVOICE** WLS# 25309265-03

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**BILL TO:**

San Francisco City Attorneys Office – Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

| | | AMOUNT |
|---|---|---|
| File No.: 110727 | IRS # 77-0009418 | |
| Claim No.: | | |
| Pltf/Appl: Chien Van Bui & Ai Huynh, individually, & as successors in interest to the Estate of Vin | | |
| vs Def: City and County of San Francisco, et al | | |
| Court: UNITED STATES DISTRICT COURT | Supplemental Records | 10.00 |
| Case No.: CV 11-4189 LB | | |

Records Pertain To: **Vinh Van Bui (AKA:Tony Bui)**
Records From: **San Francisco General Hospital  (X-Rays)**
**San Francisco, CA**

OK TO PAY

FILE #: _____

BY: _____

Deputy City Attorney          Date

Notes:
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM
THIS WITNESS WITH INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | | | |
|---|---|---|---|---|
| | | | SALES TAX | .00 |
| DATE | March 13, 2013 | INVOICE NO. | 25309265-03 | 10.00 |

---

**PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT**

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office – Accounting Dept | 5544217 | 25309265-03 | March 13, 2013 | 10.00 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

Name on Card          Card Number          Exp. Date          Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25309265-03**

*IRS # 77-0009418*

# WLS WESTCOAST LEGAL SERVICE

INVOICE   WLS# 25309265-04

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:  5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

File No.:  110727

IRS # 77-0009418

Claim No.:

Pltf/Appl:  Chien Van Bui & Ai Huynh, individually, & as successors in interest to the Estate of Vin

vs Def:  City and County of San Francisco, et al

Court:  UNITED STATES DISTRICT COURT

Case No.:  CV 11-4189 LB

Records Pertain To:  **Vinh Van Bul (AKA:Tony Bui)**

Records From:  **San Francisco General Hospital (PSYCHIATRIC RECORDS)**
**San Francisco, CA**

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Copies 205.00 | 30.75 |

**Notes:**
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

OK TO PAY
FILE #:
PAY:

| | |
|---|---|
| 1.5% finance charge per month on balance over 30 days. IMPORTANT! Please show Invoice Number with Payment. | SALES TAX 2.69 |

| DATE | April 25, 2013 | INVOICE NO. | 25309265-04 | | 72.44 |
|---|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25309265-04 | April 25, 2013 | 72.44 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25309265-04**

IRS # 77-0009418

# WLS WESTCOAST LEGAL SERVICE

INVOICE   WLS# 25309576-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:   5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5543881

| | | AMOUNT |
|---|---|---|
| File No.: | 110727 | IRS # 77-0009418 |
| Claim No.: | | |
| Pltf/Appl: | Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van B | |
| vs Def: | City and County of San Francisco, et al | File Basic    39.00 |
| Court: | UNITED STATES DISTRICT COURT | Witness Fee    15.00 |
| Case No.: | CV 11-4189 LB | Check Charge    1.50 |

Records Pertain To:  **Vinh Van Bui (AKA:Tony Bui)**
Records From:  **St Luke's Hospital**
**San Francisco, CA**

Notes:
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM THIS WITNESS WITH INFORMATION PROVIDED

OK TO PAY
FILE #
BY

*1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX           .00

| DATE | May 15, 2013 | INVOICE NO. | 25309576-01 | 55.50 |
|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25309576-01 | May 15, 2013 | 55.50 |

PAYMENT CHOICE:
☐ *CHECK: Payable to WestCoast Legal Service*
☐ *CREDIT CARD: VISA  /  MasterCard  (please circle)*

_____   _____   _____   _____
Name on Card           Card Number              Exp. Date                    Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25309576-01**

*IRS # 77-0009418*

WLS WEST COAST
LEGAL SERVICE

**INVOICE**   WLS# 25309576-02

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

*BILL TO:*

*SHIP TO:*

Sean F. Connolly
San Francisco City Attorneys Office - Accounting Dept San Francisco City Attorneys Office
1390 Market St, 5th Floor                    1390 Market Street, 6th Floor
San Francisco, CA. 94102                     San Francisco, CA. 94102
(415) 554-4211 x7                            (415) 554-3800

Client No.:  5544217                         Client No.:  5543881

File No.:  110727                                     IRS # 77-0009418
Claim No.:
Pltf/Appl:  Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van B
vs Def:  City and County of San Francisco, et al
Court:  UNITED STATES DISTRICT COURT
Case No.:  CV 11-4189 LB

Records Pertain To:  **Vinh Van Bui (AKA:Tony Bui)**
Records From:  **CPMC St Luke's Hospital (Billing)**
**Concord, CA**

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

Notes:
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM
THIS WITNESS WITH INFORMATION PROVIDED

OK TO PAY
FILE #: _____
BY: _____
Deputy City Attorney           Date

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX        .00

| DATE | March 29, 2013 | INVOICE NO. | 25309576-02 | | 55.50 |
|---|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25309576-02 | March 29, 2013 | 55.50 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____     _____     _____     _____
Name on Card            Card Number         Exp. Date      Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25309576-02**

*IRS # 77-0009418*

# WLS WEST COAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE**   WLS# 25309576-03

| BILL TO: | SHIP TO: |
|---|---|
| San Francisco City Attorneys Office – Accounting Dept<br>1390 Market St, 5th Floor<br>San Francisco, CA. 94102<br>(415) 554-4211 x7 | Sean F. Connolly<br>San Francisco City Attorneys Office<br>1390 Market Street, 6th Floor<br>San Francisco, CA. 94102<br>(415) 554-3800 |

Client No.:   5544217

Client No.:   5543881

File No.:   110727

IRS # 77-0009418

Claim No.:

Pltf/Appl:   Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van B

vs Def:   City and County of San Francisco, et al

Court:   UNITED STATES DISTRICT COURT

Case No.:   CV 11-4189 LB

**AMOUNT**

| | |
|---|---:|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

Records Pertain To:   **Vinh Van Bui (AKA:Tony Bui)**

Records From:   **St Luke's Hospital (Radiology)**
**San Francisco, CA**

OK TO PAY

FILE #:

BY:

Deputy City Attorney                    Date

Notes:
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM THIS WITNESS WITH INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX                    .00

| DATE | March 29, 2013 | INVOICE NO. | 25309576-03 | | 55.50 |
|---|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office – Accounting Dept | 5544217 | 25309576-03 | March 29, 2013 | 55.50 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25309576-03**

IRS # 77-0009418

**WLS**  WESTCOAST
LEGAL SERVICE

**INVOICE**   WLS# 25309576-04

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

*BILL TO:*

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

*Client No.:*   5544217

*SHIP TO:*

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

*Client No.:*   5543881

*File No.:*   110727

*Claim No.:*

IRS # 77-0009418

| | AMOUNT |
|---|---|
| *Pltf/Appl:* Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van Bui | |
| *vs Def:* City and County of San Francisco, et al | |
| *Court:* UNITED STATES DISTRICT COURT | |
| *Case No.:* CV 11-4189 LB | |

File Basic   39.00
Witness Fee   15.00
Check Charge   1.50

Records Pertain To:   **Vinh Van Bui (AKA:Tony Bui)**
Records From:   **Progress Foundation**
**San Francisco, CA**

*Notes:*
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM
THIS WITNESS WITH INFORMATION PROVIDED

OK TO PAY

FILE #:

BY:

Deputy City Attorney                     Date

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX   .00

| DATE | March 29, 2013 | INVOICE NO. | 25309576-04 | 55.50 |
|---|---|---|---|---|

*PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT.*

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25309576-04 | March 29, 2013 | 55.50 |

YMENT CHOICE:
☐ *CHECK: Payable to WestCoast Legal Service*
☐ *CREDIT CARD: VISA  /  MasterCard  (please circle)*

Name on Card                Card Number                Exp. Date                Signature

EASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25309576-04**

IRS # 77-0009418

**WLS** LEGAL SERVICE

INVOICE    WLS# 25309576-05

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

*BILL TO:*                                          *SHIP TO:*

Sean F. Connolly
San Francisco City Attorneys Office - Accounting Dept    San Francisco City Attorneys Office
1390 Market St, 5th Floor                           1390 Market Street, 6th Floor
San Francisco, CA. 94102                            San Francisco, CA. 94102
(415) 554-4211 x7                                   (415) 554-3800

   Client No.:   5544217                    Client No.:   5543881

   File No.:   110727                              *IRS # 77-0009418*
   Claim No.:

| Pltf/Appl: | Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van B | | AMOUNT |
| vs Def: | City and County of San Francisco, et al | File Basic | 39.00 |
| Court: | UNITED STATES DISTRICT COURT | Witness Fee | 211.00 |
| Case No.: | CV 11-4189 LB | Check Charge | 21.10 |
| | | Copies 110.00 | 16.50 |
| Records Pertain To: | **Vinh Van Bui (AKA:Tony Bui)** | Attempt Auth/Waive from Consumer | 10.00 |
| Records From: | **Office of General Counsel Social Security Administration** | | |
| | **RICHMOND, CA** | | |

Notes:
FEE ADVANCED FOR PRODUCTION OF RECORDS

OK TO PAY

FILE #:_____

BY:_____

                                        Date

*1.5% finance charge per month on balance over 30 days.*    SALES TAX            1.44
*IMPORTANT! Please show Invoice Number with Payment.*

| DATE | July 17, 2013 | INVOICE NO. | 25309576-05 | | 299.04 |

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25309576-05 | July 17, 2013 | 299.04 |

YMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____         _____        _____        _____
  Name on Card              Card Number                Exp. Date                    Signature

EASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25309576-05**

*IRS # 77-0009418*

**WESTCOAST LEGAL SERVICE**
1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE**   WLS# 25310028-01

*BILL TO:*

San Francisco City Attorneys Office – Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:   5544217

File No.:   110727
Claim No.:
Pltf/Appl:   Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van B
vs Def:   City and County of San Francisco, et al
Court:   UNITED STATES DISTRICT COURT
Case No.:   CV 11-4189 LB

ecords Pertain To:   **Vinh Van Bui (AKA:Tony Bui)**
Records From:   **Mobile Crisis Treatment Team
San Francisco, CA**

*SHIP TO:*

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

**OK TO PAY**
FILE #:_____
BY:_____   Date

Notes:
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM THIS WITNESS WITH INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX          .00

| DATE | July 17, 2013 | INVOICE NO. | 25310028-01 | | 55.50 |
|---|---|---|---|---|---|

---

*PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT*

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office – Accounting Dept | 5544217 | 25310028-01 | July 17, 2013 | 55.50 |

YMENT CHOICE:
__ CHECK: Payable to WestCoast Legal Service
__ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____   _____   _____   _____
Name on Card          Card Number          Exp. Date          Signature

EASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25310028-01**

IRS # 77-0009418

# WLS
## WESTCOAST
## LEGAL SERVICE

**INVOICE**   WLS# 25310028-02

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:   5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5543881

File No.:   110727
Claim No.:
Pltf/Appl:   Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van B
vs Def:   City and County of San Francisco, et al
Court:   UNITED STATES DISTRICT COURT
Case No.:   CV 11-4189 LB

Records Pertain To:   **Vinh Van Bui (AKA:Tony Bui)**
Records From:   **The Beach Chalet**
**Emeryville, CA**

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

**OK TO PAY**

FILE #:_____
BY:_____
                        Date

**Notes:**
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM
THIS WITNESS WITH INFORMATION PROVIDED

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

SALES TAX                     .00

| DATE | July 17, 2013 | INVOICE NO. | 25310028-02 | 55.50 |
|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310028-02 | July 17, 2013 | 55.50 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____        _____        _____        _____
Name on Card              Card Number              Exp. Date                  Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310028-02**

IRS # 77-0009418

**WLS** WEST COAST LEGAL SERVICE

**INVOICE** WLS# 25310036-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

BILL TO:

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

SHIP TO:

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

File No.: 110727
Claim No.:

IRS # 77-0009418

Pltf/Appl: Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van B
vs Def: City and County of San Francisco, et al
Court: UNITED STATES DISTRICT COURT
Case No.: CV 11-4189 LB

ecords Pertain To: **Vinh Van Bui (AKA:Tony Bui)**
Records From: **Baker Places, Inc.**
**San Francisco, CA**

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

Notes:
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM
THIS WITNESS WITH INFORMATION PROVIDED

**OK TO PAY**
FILE #:_____
BY:_____
                    Date

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

SALES TAX              .00

| DATE | July 17, 2013 | INVOICE NO. | 25310036-01 | | 55.50 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310036-01 | July 17, 2013 | 55.50 |

YMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____      _____      _____      _____
Name on Card              Card Number              Exp. Date              Signature

EASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310036-01**

IRS # 77-0009418

**WLS   WESTCOAST LEGAL SERVICE**

**INVOICE**   WLS# 25310036-02

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

BILL TO:

SHIP TO:

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5544217

Client No.:   5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File No.: 110727 | |
| Claim No.: | |
| Pltf/Appl: Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van B | |
| vs Def: City and County of San Francisco, et al | |
| Court: UNITED STATES DISTRICT COURT | |

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

Case No.:   CV 11-4189 LB

Records Pertain To:   **Vinh Van Bui (AKA:Tony Bui)**
Records From:   **Darden, Inc.**
  **Orlando, FL**

Notes:
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM
THIS WITNESS WITH INFORMATION PROVIDED

OK TO PAY

FILE #:_____

BY:_____
                            Date

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

SALES TAX   .00

| DATE | July 17, 2013 | INVOICE NO. | 25310036-02 | | 55.50 |
|---|---|---|---|---|---|

---

**PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT**

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310036-02 | July 17, 2013 | 55.50 |

PYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____    _____    _____    _____
Name on Card              Card Number                   Exp. Date              Signature

EASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310036-02**

IRS # 77-0009418

# WLS WESTCOAST LEGAL SERVICE

**INVOICE**   WLS# 25310036-03

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:   5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| *File No.:* 110727 | |
| *Claim No.:* | |
| *Pltf/Appl:* Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van B | |
| *vs Def:* City and County of San Francisco, et al | File Basic 39.00 |
| *Court:* UNITED STATES DISTRICT COURT | Witness Fee 15.00 |
| *Case No.:* CV 11-4189 LB | Check Charge 1.50 |

Records Pertain To:   **Vinh Van Bui (AKA:Tony Bui)**
Records From:   **Community Vocational Enterprises
San Francisco, CA**

**OK TO PAY**

FILE #: _____

BY: _____

Date

**Notes:**
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM
THIS WITNESS WITH INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX   .00

| DATE | July 17, 2013 | INVOICE NO. | 25310036-03 | | 55.50 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310036-03 | July 17, 2013 | 55.50 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____   _____   _____   _____
Name on Card          Card Number             Exp. Date                    Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25310036-03**

IRS # 77-0009418

# WLS WESTCOAST LEGAL SERVICE

**INVOICE** WLS # 25310036-04

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:   5544217

File No.:   110727
Claim No.:
Pltf/Appl:   Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van B
vs Def:   City and County of San Francisco, et al
Court:   UNITED STATES DISTRICT COURT
Case No.:   CV 11-4189 LB

Records Pertain To:   **Vinh Van Bui (AKA:Tony Bui)**
Records From:   **Richmond Area Multi-Services, Inc**
**San Francisco, CA**

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies 393.00 | 58.95 |

Notes:
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

OK TO PAY
FILE #:
ON:

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

| SALES TAX | 5.16 |
|---|---|

| DATE | July 8, 2013 | INVOICE NO. | 25310036-04 | | 119.61 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310036-04 | July 8, 2013 | 119.61 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

Name on Card _____  Card Number _____  Exp. Date _____  Signature _____

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310036-04**

IRS # 77-0009418

# WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE**   WLS# 25310044-01

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:   5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5543881

| | |
|---|---|
| File No.: | 110727 |
| Claim No.: | |
| Pltf/Appl: | Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van I |
| vs Def: | City and County of San Francisco, et al |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | CV 11-4189 LB |

IRS # 77-0009418

Records Pertain To:
Records From:   **AT&T**
                **Dallas, TX**

| AMOUNT | |
|---|---|
| File Basic | 39.00 |
| *Witness Fee | 24.00 |
| *Check Charge | 2.40 |
| *Copies | .45 |
| *File Basic | 39.00 |
| *Witness Fee | 24.00 |
| *Check Charge | 24.00 |
| *Copies | -2.40 |

**Notes:**
REQUEST AMENDED PER CLIENT INSTRUCTION. FEE
ADVANCED FOR PRODUCTION OF RECORDS. (2
PRODUCTIONS)

OK TO PAY
FILE #:_____
BY:_____
                              Date

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX   .25

| DATE | September 24, 2013 | INVOICE NO. | 25310044-01 | | 155.50 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310044-01 | September 24, 2013 | 155.50 |

**PAYMENT CHOICE:**
☐ *CHECK: Payable to WestCoast Legal Service*
☐ *CREDIT CARD: VISA  /  MasterCard  (please circle)*

_____        _____        _____        _____
Name on Card                  Card Number                      Exp. Date                       Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25310044-01**

IRS # 77-0009418

# WLS WESTCOAST LEGAL SERVICE

**INVOICE**   WLS# 25310046-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

BILL TO:                                    SHIP TO:

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5544217                        Client No.:  5543881

File No.:  110727                           IRS # 77-0009418
Claim No.:

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 40.00 |
| Check Charge | 4.00 |

Pltf/Appl:  Chien Van Bui&Al Huynh,individually&as successors in interest to Estate of Vinh Van B
vs Def:  City and County of San Francisco, et al
Court:  UNITED STATES DISTRICT COURT
Case No.:  CV 11-4189 LB

Records Pertain To:  **Vinh Van Bui (AKA:Tony Bui)**
Records From:  **Walgreen Co**
**Danville, IL**

**Notes:**
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM
THIS WITNESS WITH INFORMATION PROVIDED. FEE
ADVANCED FOR PRODUCTION OF RECORDS.

OK TO PAY
FILE #:_____
BY:_____
                                Date

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX                                    .00

| DATE | August 1, 2013 | INVOICE NO. | 25310046-01 | | 83.00 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310046-01 | August 1, 2013 | 83.00 |

PYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard  (please circle)

_____      _____      _____      _____
Name on Card            Card Number            Exp. Date                Signature

EASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310046-01**

IRS # 77-0009418

WLS WESTCOAST
LEGAL SERVICE

**INVOICE** WLS# 25310078-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

BILL TO:                                        SHIP TO:

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5544217                            Client No.:  5543881

File No.:  110727                               IRS # 77-0009418
Claim No.:

| | | AMOUNT |
|---|---|---|
| Pltf/Appl: | Chien Van Bui&Al Huynh,individually& as successors in interest to Estate of Vinh Van B | |
| vs Def: | City and County of San Francisco, et al | |
| Court: | UNITED STATES DISTRICT COURT | |
| Case No.: | CV 11-4189 LB | |

File Basic                            39.00
Copies 1.00                             .15
Attempt Auth/Waive from Consumer    10.00

Records Pertain To:  **Marvin Chen**
Records From:  **Verizon Wireless**
**Bedminster, NJ**

Notes:
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

**OK TO PAY**
FILE #:_____
BY:_____
                              Date

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

SALES TAX                              .01

| DATE | July 31, 2013 | INVOICE NO. | 25310078-01 | | 49.16 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310078-01 | July 31, 2013 | 49.16 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____     _____     _____     _____
Name on Card        Card Number        Exp. Date          Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310078-01**

IRS # 77-0009418

# WESTCOAST LEGAL SERVICE

**WLS**

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

# INVOICE   WLS# 25310166-01

BILL TO:

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:   5544217

SHIP TO:

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5543881

| | |
|---|---|
| File No.: | 110727 |
| Claim No.: | |
| Pltf/Appl: | Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van |
| vs Def: | City and County of San Francisco, et al |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | CV 11-4189 LB |

IRS # 77-0009418

Records Pertain To: **Vinh Van Bui (AKA:Tony Bui)**
Records From: **Citibank N.A. c/o Legal Service Intake Unit**
**Long Island City, NY**

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 35.06 |
| Check Charge | 3.50 |
| Copies 161.00 | 24.15 |

Notes:
FEE ADVANCED FOR PRODUCTION OF RECORDS.

OK TO PAY

FILE #:_____

BY:_____

Date

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

| SALES TAX | 2.11 |
|---|---|

| DATE | August 19, 2013 | INVOICE NO. | 25310166-01 | | 103.82 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310166-01 | August 19, 2013 | 103.82 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____        _____        _____        _____
Name on Card              Card Number              Exp. Date                    Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25310166-01**

IRS # 77-0009418



**WESTCOAST LEGAL SERVICE**

INVOICE  WLS# 25310229-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**BILL TO:**

**SHIP TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5544217

Client No.:   5543881

File No.:   110727

IRS # 77-0009418

Claim No.:

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| *Witness Fee | 24.00 |
| *Check Charge | 2.40 |
| *Copies | .45 |

Pltf/Appl:  Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van
vs Def:  City and County of San Francisco, et al
Court:  UNITED STATES DISTRICT COURT
Case No.:  CV 11-4189 LB

Records Pertain To:
Records From:  **AT&T**
**Dallas, TX**

Notes:
FEE ADVANCED FOR PRODUCTION OF RECORDS.

OK TO PAY
FILE #:_____
BY:_____
Date

*1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX  .04

| DATE | September 20, 2013 | INVOICE NO. | 25310229-01 | 65.89 |
|---|---|---|---|---|

**PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT**

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310229-01 | September 20, 2013 | 65.89 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310229-01**

IRS # 77-0009418

**WLS WESTCOAST LEGAL SERVICE**

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE** WLS# 25310229-02

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5544217

Client No.:   5543881

File No.:   110727

IRS # 77-0009418

Claim No.:

| | AMOUNT |
|---|---|
| File Basic | 39.00 |

Pltf/Appl:   Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van
vs Def:   City and County of San Francisco, et al
Court:   UNITED STATES DISTRICT COURT
Case No.:   CV 11-4189 LB

Records Pertain To:
Records From:   **Verizon Wireless**
                 **Bedminster, NJ**

Notes:
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM
THIS WITNESS WITH INFORMATION PROVIDED

**OK TO PAY**
FILE #:_____
BY:_____
                    Date

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

SALES TAX            .00

| DATE | October 2, 2013 | INVOICE NO. | 25310229-02 | | 39.00 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310229-02 | October 2, 2013 | 39.00 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310229-02**

IRS # 77-0009418



## WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

# INVOICE   WLS# 25310229-03

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

File No.: 110727
Claim No.:
Pltf/Appl:  Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van B
vs Def:  City and County of San Francisco, et al
Court:  UNITED STATES DISTRICT COURT
Case No.:  CV 11-4189 LB

Records Pertain To:
Records From:  **AT&T**
**Dallas, TX**

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| *Witness Fee | 24.00 |
| *Check Charge | 2.40 |
| *Copies | .75 |

**Notes:**
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

```
          OK TO PAY
FILE #:_____
BY:_____
                        Date
```

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

SALES TAX  .07

| DATE | September 20, 2013 | INVOICE NO. | 25310229-03 | | 66.22 |
|---|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310229-03 | September 20, 2013 | 66.22 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:
**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310229-03**

IRS # 77-0009418


**WESTCOAST LEGAL SERVICE**
1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

# INVOICE   WLS# 25310229-04

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:  5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

| | |
|---|---|
| File No.: | 110727 |

IRS # 77-0009418

Claim No.:
Pltf/Appl:  Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van I
  vs Def:  City and County of San Francisco, et al
  Court:  UNITED STATES DISTRICT COURT
Case No.:  CV 11-4189 LB

Records Pertain To:
Records From:  **AT&T**
  **Dallas, TX**

| AMOUNT | |
|---|---|
| File Basic | 39.00 |
| *Witness Fee | 55.00 |
| *Check Charge | 5.50 |
| *Copies | 1.50 |

**Notes:**
FEE ADVANCED FOR PRODUCTION OF RECORDS.

OK TO PAY
FILE #:_____
BY:_____
Date

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

| SALES TAX | .13 |
|---|---|

| DATE | September 20, 2013 | INVOICE NO. | 25310229-04 | 101.13 |
|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310229-04 | September 20, 2013 | 101.13 |

PAYMENT CHOICE:
- ☐ CHECK: Payable to WestCoast Legal Service
- ☐ CREDIT CARD: VISA / MasterCard (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25310229-04**

IRS # 77-0009418

**WLS** **WESTCOAST LEGAL SERVICE**
1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE**  WLS# 25310229-05

BILL TO:

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

SHIP TO:

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5544217

Client No.:  5543881

File No.:  110727
Claim No.:
Pltf/Appl:  Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van I
vs Def:  City and County of San Francisco, et al
Court:  UNITED STATES DISTRICT COURT
Case No.:  CV 11-4189 LB

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| *Witness Fee | 24.00 |
| *Check Charge | 2.40 |
| *Copies | 1.20 |

Records Pertain To:
Records From:  **AT&T**
**Dallas, TX**

Notes:
FEE ADVANCED FOR PRODUCTION OF RECORDS.

OK TO PAY
FILE #:_____
BY:_____
                        Date

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

SALES TAX   .11

| DATE | September 20, 2013 | INVOICE NO. | 25310229-05 | 66.71 |

**PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT**

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310229-05 | September 20, 2013 | 66.71 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____          _____          _____          _____
Name on Card                  Card Number                  Exp. Date                      Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310229-05**

IRS # 77-0009418

# WESTCOAST LEGAL SERVICE

**INVOICE**   WLS# 25310230-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

| | |
|---|---|
| Client No.:   5544217 | Client No.:   5543881 |

File No.:   110727

Claim No.:

IRS # 77-0009418

| | | AMOUNT |
|---|---|---|
| Pltf/Appl: | Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van I | |
| vs Def: | City and County of San Francisco, et al | |
| Court: | UNITED STATES DISTRICT COURT | |
| Case No.: | CV 11-4189 LB | |

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

Records Pertain To:

Records From:   **MetroPCS Wireless, Inc. c/o CSC-Lawyers Incorporating Service
Sacramento, CA**

**Notes:**
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM
THIS WITNESS WITH INFORMATION PROVIDED

**OK TO PAY**

FILE #:

BY:

Date

*1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | September 24, 2013 | INVOICE NO. | 25310230-01 | | 55.50 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310230-01 | September 24, 2013 | 55.50 |

**PAYMENT CHOICE:**
- [ ] *CHECK: Payable to WestCoast Legal Service*
- [ ] *CREDIT CARD: VISA  /  MasterCard  (please circle)*

_____   _____   _____   _____
Name on Card          Card Number          Exp. Date          Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25310230-01**

*IRS # 77-0009418*

**WLS WESTCOAST LEGAL SERVICE**
1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE**   WLS# 25310230-03

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5544217

Client No.:   5543881

File No.:   110727

IRS # 77-0009418

Claim No.:

Pltf/Appl:   Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van I

vs Def:   City and County of San Francisco, et al

Court:   UNITED STATES DISTRICT COURT

Case No.:   CV 11-4189 LB

| AMOUNT | |
|---|---|
| File Basic | 39.00 |
| Attempt Auth/Waive from Consumer | 10.00 |

Records Pertain To:

Records From:   **Sprint Corporation**
**Overland Park, KS**

Notes:
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM THIS WITNESS WITH INFORMATION PROVIDED

**OK TO PAY**

FILE #:_____

BY:_____

Date

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | September 6, 2013 | INVOICE NO. | 25310230-03 | | 49.00 |
|---|---|---|---|---|---|

---

**PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT**

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310230-03 | September 6, 2013 | 49.00 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____          _____          _____          _____
Name on Card                     Card Number                       Exp. Date                          Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310230-03**

IRS # 77-0009418

# *WLS* WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE** WLS# 25310230-04

*BILL TO:*                                          *SHIP TO:*

Sean F. Connolly
San Francisco City Attorneys Office - Accounting Dept   San Francisco City Attorneys Office
1390 Market St, 5th Floor                          1390 Market Street, 6th Floor
San Francisco, CA. 94102                           San Francisco, CA. 94102
(415) 554-4211 x7                                  (415) 554-3800

Client No.:   5544217                              Client No.:   5543881

File No.:   110727                                            *IRS # 77-0009418*
Claim No.:

| | AMOUNT |
|---|---|
| *Pltf/Appl:* Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van | |
| *vs Def:* City and County of San Francisco, et al | File Basic    39.00 |
| *Court:* UNITED STATES DISTRICT COURT | *Witness Fee    55.00 |
| *Case No.:* CV 11-4189 LB | *Check Charge    5.50 |
| | *Copies         .60 |

Records Pertain To:
Records From:   **AT&T**
                **Dallas, TX**

*Notes:*
FEE ADVANCED FOR PRODUCTION OF RECORDS.

**OK TO PAY**

FILE #:_____

BY:_____

Date

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANTI Please show Invoice Number with Payment.*

SALES TAX                    .05

| DATE | September 20, 2013 | INVOICE NO. | 25310230-04 | 100.15 |
|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310230-04 | September 20, 2013 | 100.15 |

PAYMENT CHOICE:
☐ *CHECK: Payable to WestCoast Legal Service*
☐ *CREDIT CARD: VISA  /  MasterCard  (please circle)*

_____          _____          _____          _____
Name on Card                 Card Number                  Exp. Date                    Signature

PLEASE REMIT TO:
**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310230-04**

*IRS # 77-0009418*

# WESTCOAST LEGAL SERVICE

**WLS**

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

## INVOICE   WLS# 25310230-05

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:   5544217

File No.:   110727
Claim No.:
Pltf/Appl:   Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van
vs Def:   City and County of San Francisco, et al
Court:   UNITED STATES DISTRICT COURT
Case No.:   CV 11-4189 LB

Records Pertain To:
Records From:   **AT&T**
**Dallas, TX**

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| *Witness Fee | 24.00 |
| *Check Charge | 2.40 |
| *Copies | .75 |

**Notes:**
FEE ADVANCED FOR PRODUCTION OF RECORDS.

| OK TO PAY |
|---|
| FILE #:_____ |
| BY:_____ |
| Date |

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX    .07

| DATE | September 23, 2013 | INVOICE NO. | 25310230-05 | 66.22 |
|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310230-05 | September 23, 2013 | 66.22 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____   _____   _____   _____
Name on Card        Card Number          Exp. Date              Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310230-05**

IRS # 77-0009418

# WLS WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

## INVOICE    WLS# 25310230-06

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:  5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

| | |
|---|---|
| File No.: | 110727 |
| Claim No.: | |
| Pltf/Appl: | Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van |
| vs Def: | City and County of San Francisco, et al |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | CV 11-4189 LB |

*IRS # 77-0009418*

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| *Witness Fee | 24.00 |
| *Check Charge | 2.40 |
| *Copies | .15 |

Records Pertain To:

| Records From: | **AT&T**<br>**Dallas, TX** |
|---|---|

**OK TO PAY**

FILE #: _____

BY: _____

Date

*Notes:*
FEE ADVANCED FOR PRODUCTION OF RECORDS.

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | SALES TAX | .01 |
|---|---|---|

| DATE | September 18, 2013 | INVOICE NO. | 25310230-06 | | 65.56 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310230-06 | September 18, 2013 | 65.56 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310230-06**

*IRS # 77-0009418*

# WLS WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

## INVOICE   WLS# 25310230-07

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

File No.: 110727
Claim No.:
Pltf/Appl: Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van
vs Def: City and County of San Francisco, et al
Court: UNITED STATES DISTRICT COURT
Case No.: CV 11-4189 LB

IRS # 77-0009418

Records Pertain To:
Records From: **AT&T**
**Dallas, TX**

| AMOUNT | |
|---|---|
| File Basic | 39.00 |
| Copies 1.00 | .15 |
| *Witness Fee | 24.00 |
| *Check Charge | 2.40 |
| *Copies | .15 |

**Notes:**
FEE ADVANCED FOR PRODUCTION OF RECORDS.

OK TO PAY
FILE #:_____
BY:_____
Date

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

| SALES TAX | .03 |
|---|---|

| DATE | September 18, 2013 | INVOICE NO. | 25310230-07 | | 65.73 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310230-07 | September 18, 2013 | 65.73 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____   _____   _____   _____
Name on Card            Card Number              Exp. Date                Signature

PLEASE REMIT TO:
**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310230-07**

IRS # 77-0009418



# WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

# INVOICE   WLS# 25310230-08

**BILL TO:**

San Francisco City Attorneys Office – Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

File No.: 110727
Claim No.:
Pltf/Appl: Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van
vs Def: City and County of San Francisco, et al
Court: UNITED STATES DISTRICT COURT
Case No.: CV 11-4189 LB

Records Pertain To:
Records From: **AT&T**
**Dallas, TX**

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Copies 1.00 | .15 |
| *Witness Fee | 24.00 |
| *Check Charge | 24.00 |
| *Copies | .15 |

**OK TO PAY**
FILE #: _____
BY: _____
                              Date

**Notes:**
FEE ADVANCED FOR PRODUCTION OF RECORDS.

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .03 |
|---|---|

| DATE | September 18, 2013 | INVOICE NO. | 25310230-08 | | 87.33 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310230-08 | September 18, 2013 | 87.33 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____     _____     _____     _____
Name on Card                          Card Number                          Exp. Date                          Signature

PLEASE REMIT TO:
**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310230-08**

IRS # 77-0009418

# WESTCOAST LEGAL SERVICE

**INVOICE**   WLS# 25310231-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**BILL TO:**

San Francisco City Attorneys Office – Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:  5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

| | |
|---|---|
| File No.: | 110727 |
| Claim No.: | |
| Pltf/Appl: | Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van |
| vs Def: | City and County of San Francisco, et al |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | CV 11-4189 LB |

IRS # 77-0009418

Records Pertain To:
Records From:   **Verizon Wireless**
                **Bedminster, NJ**

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Copies 3.00 | .45 |
| *File Basic | 39.00 |

**OK TO PAY**

FILE #:_____
BY:_____
Date

**Notes:**
REQUEST AMENDED PER CLIENT INSTRUCTION

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

SALES TAX    .04

| DATE | October 16, 2013 | INVOICE NO. | 25310231-01 | | 78.49 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310231-01 | October 16, 2013 | 78.49 |

PAYMENT CHOICE:
☐ *CHECK: Payable to WestCoast Legal Service*
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____      _____      _____      _____
Name on Card              Card Number              Exp. Date                    Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25310231-01**

IRS # 77-0009418

# WLS WESTCOAST LEGAL SERVICE

**INVOICE** WLS# 25310244-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

File No.: 110727

IRS # 77-0009418

Claim No.:

Pltf/Appl: Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van I

vs Def: City and County of San Francisco, et al

Court: UNITED STATES DISTRICT COURT

Case No.: CV 11-4189 LB

Records Pertain To: **Vinh Van Bui (AKA:Tony Bui)**
Records From: **Walgreen Co**
**Danville, IL**

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 55.00 |
| Check Charge | 5.50 |
| Copies 47.00 | 7.05 |

**OK TO PAY**

FILE #: _____

BY: _____

Date

**Notes:**
FEE ADVANCED FOR PRODUCTION OF RECORDS.

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .62 |
|---|---|

| DATE | September 24, 2013 | INVOICE NO. | 25310244-01 | | 107.17 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310244-01 | September 24, 2013 | 107.17 |

**PAYMENT CHOICE:**
☐ *CHECK: Payable to WestCoast Legal Service*
☐ *CREDIT CARD: VISA / MasterCard (please circle)*

_____     _____     _____     _____
Name on Card          Card Number            Exp. Date                 Signature

**PLEASE REMIT TO:**

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310244-01**

*IRS # 77-0009418*



## WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

# INVOICE   WLS# 25310286-01

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:   5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5543881

File No.:   110727
Claim No.:
Pltf/Appl:   Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van I
vs Def:   City and County of San Francisco, et al
Court:   UNITED STATES DISTRICT COURT
Case No.:   CV 11-4189 LB

Records Pertain To:   **Vinh Van Bui (AKA:Tony Bui)**
Records From:   **AT&T**
**Dallas, TX**

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| *Witness Fee | 24.00 |
| *Check Charge | 2.40 |
| *Copies | .60 |

**OK TO PAY**

FILE #:_____
BY:_____
Date

**Notes:**
FEE ADVANCED FOR PRODUCTION OF RECORDS.

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .05 |
|---|---|

| DATE | September 20, 2013 | INVOICE NO. | 25310286-01 | 66.05 |
|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310286-01 | September 20, 2013 | 66.05 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:
**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310286-01**

IRS # 77-0009418

# WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

## INVOICE  WLS# 25310306-01

**BILL TO:**

San Francisco City Attorneys Office – Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:  5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

File No.:  110727
Claim No.:
Pltf/Appl:  Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van
vs Def:  City and County of San Francisco, et al
Court:  UNITED STATES DISTRICT COURT
Case No.:  CV 11-4189 LB

IRS # 77-0009418

Records Pertain To:
Records From:  **Verizon Wireless**
**Bedminster, NJ**

Notes:
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

| AMOUNT |
|---|
| File Basic | 39.00 |
| Copies 2.00 | .30 |

**OK TO PAY**

FILE #:_____
BY:_____
Date

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX   .03

| DATE | September 27, 2013 | INVOICE NO. | 25310306-01 | 39.33 |
|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310306-01 | September 27, 2013 | 39.33 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____     _____     _____     _____
Name on Card              Card Number                 Exp. Date                  Signature

PLEASE REMIT TO:
**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25310306-01**

IRS # 77-0009418

**WLS WESTCOAST LEGAL SERVICE**

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

# INVOICE   WLS# 25310321-01

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

| | |
|---|---|
| File No.: | 110727 |
| Claim No.: | |
| Pltf/Appl: | Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van |
| vs Def: | City and County of San Francisco, et al |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | CV 11-4189 LB |

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

Records Pertain To:
Records From: **MetroPCS Wireless, Inc. c/o CSC-Lawyers Incorporating Service Sacramento, CA**

Notes:
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM THIS WITNESS WITH INFORMATION PROVIDED

**OK TO PAY**

FILE #:_____
BY:_____
                          Date

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

SALES TAX                    .00

| DATE | September 27, 2013 | INVOICE NO. | 25310321-01 | | 55.50 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310321-01 | September 27, 2013 | 55.50 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____        _____        _____        _____
Name on Card                Card Number                Exp. Date                Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25310321-01**

IRS # 77-0009418



## WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

# INVOICE   WLS# 25310390-01

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:   5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5543881

| | |
|---|---|
| File No.: | 110727 |
| Claim No.: | |
| Pltf/Appl: | Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van |
| vs Def: | City and County of San Francisco, et al |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | CV 11-4189 LB |

IRS # 77-0009418

| AMOUNT | |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

Records Pertain To:
Records From:   **AT&T**
**Dallas, TX**

**Notes:**
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM
THIS WITNESS WITH INFORMATION PROVIDED

OK TO PAY
FILE #:_____
BY:_____
Date

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX   .00

| DATE | October 21, 2013 | INVOICE NO. | 25310390-01 | 55.50 |
|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310390-01 | October 21, 2013 | 55.50 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____   _____   _____   _____
Name on Card          Card Number          Exp. Date          Signature

PLEASE REMIT TO:
**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310390-01**

IRS # 77-0009418

 **WESTCOAST LEGAL SERVICE**
1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

# INVOICE   WLS# 25310390-02

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:   5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5543881

| | | AMOUNT |
|---|---|---|
| File No.: | 110727 | |
| Claim No.: | | IRS # 77-0009418 |
| Pltf/Appl: | Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van | |
| vs Def: | City and County of San Francisco, et al | |
| Court: | UNITED STATES DISTRICT COURT | |
| Case No.: | CV 11-4189 LB | |

| | |
|---|---|
| File Basic | 39.00 |
| *Witness Fee | 24.00 |
| *Check Charge | 2.40 |
| *Copies | 2.25 |

Records Pertain To:
Records From:   **AT&T**
**Dallas, TX**

**OK TO PAY**

FILE #: _____
BY: _____
                          Date

**Notes:**
FEE ADVANCED FOR PRODUCTION OF RECORDS.

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .20 |
|---|---|

| DATE | October 21, 2013 | INVOICE NO. | 25310390-02 | | 67.85 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310390-02 | October 21, 2013 | 67.85 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____  _____  _____  _____
Name on Card          Card Number          Exp. Date          Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310390-02**

IRS # 77-0009418

# WLS WESTCOAST LEGAL SERVICE

**INVOICE**  WLS# 25310390-03

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

*BILL TO:*

San Francisco City Attorneys Office – Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:  5544217

*SHIP TO:*

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

| | |
|---|---|
| *File No.:* | 110727 |
| *Claim No.:* | |
| *Pltf/Appl:* | Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van |
| *vs Def:* | City and County of San Francisco, et al |
| *Court:* | UNITED STATES DISTRICT COURT |
| *Case No.:* | CV 11-4189 LB |

*IRS # 77-0009418*

**AMOUNT**

| | |
|---|---|
| File Basic | 39.00 |
| *Witness Fee | 15.00 |
| *Check Charge | 1.50 |

*Records Pertain To:*
*Records From:*  **AT&T California**
**Dallas, TX**

**Notes:**
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

OK TO PAY

FILE #:_____

BY:_____

Date

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX    .00

| DATE | October 18, 2013 | INVOICE NO. | 25310390-03 | 55.50 |
|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310390-03 | October 18, 2013 | 55.50 |

PAYMENT CHOICE:
☐ *CHECK: Payable to WestCoast Legal Service*
☐ *CREDIT CARD: VISA  /  MasterCard  (please circle)*

_____ _____ _____ _____
Name on Card          Card Number          Exp. Date          Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310390-03**

*IRS # 77-0009418*

# WLS WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE** WLS# 25310390-04

**BILL TO:**

San Francisco City Attorneys Office – Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:  5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

File No.:  110727
Claim No.:
Pltf/Appl:  Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van
vs Def:  City and County of San Francisco, et al
Court:  UNITED STATES DISTRICT COURT
Case No.:  CV 11-4189 LB

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |

Records Pertain To:
Records From:  **MetroPCS Wireless, Inc. c/o CSC-Lawyers Incorporating Service
Sacramento, CA**

Notes:
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM THIS WITNESS WITH INFORMATION PROVIDED

**OK TO PAY**
FILE #:_____
BY:_____
                                    Date

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

SALES TAX                    .00

| DATE | October 25, 2013 | INVOICE NO. | 25310390-04 | 39.00 |
|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office – Accounting Dept | 5544217 | 25310390-04 | October 25, 2013 | 39.00 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____     _____     _____     _____
Name on Card              Card Number              Exp. Date                    Signature

PLEASE REMIT TO:
**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

WLS# 25310390-04

IRS # 77-0009418

# WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

## INVOICE   WLS# 25310390-05

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5544217

Client No.:   5543881

File No.:   110727
Claim No.:
Pltf/Appl:   Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van
vs Def:   City and County of San Francisco, et al
Court:   UNITED STATES DISTRICT COURT
Case No.:   CV 11-4189 LB

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| *File Basic | 39.00 |
| *Copies | .30 |

Records Pertain To:
Records From:   **Verizon Wireless**
**Bedminster, NJ**

**OK TO PAY**

FILE #: _____

BY: _____

Date

Notes:
REQUEST AMENDED PER CLIENT INSTRUCTION

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX   .03

| DATE | October 23, 2013 | INVOICE NO. | 25310390-05 | 78.33 |
|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310390-05 | October 23, 2013 | 78.33 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:
**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310390-05**

IRS # 77-0009418

**WESTCOAST LEGAL SERVICE**

**INVOICE**   WLS# 25310405-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

BILL TO:

SHIP TO:

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5544217

Client No.:   5543881

File No.:   110727
Claim No.:
Pltf/Appl:   Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van B
vs Def:   City and County of San Francisco, et al
Court:   UNITED STATES DISTRICT COURT
Case No.:   CV 11-4189 LB

IRS # 77-0009418

| | AMOUNT |
| --- | --- |
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

Records Pertain To:
Records From:   **T-Mobile USA, Inc c/o CSC-Lawyers Inc Svc**
**Sacramento, CA**

Notes:
RECORDS UNOBTAINABLE. SEE STATUS REPORT.

OK TO PAY

FILE #: _____

BY: _____

Date

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

SALES TAX   .00

| DATE | November 14, 2013 | INVOICE NO. | 25310405-01 | | 55.50 |
| --- | --- | --- | --- | --- | --- |

PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
| --- | --- | --- | --- | --- |
| an Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310405-01 | November 14, 2013 | 55.50 |

PAYMENT CHOICE:
☐ *CHECK: Payable to WestCoast Legal Service*
☐ *CREDIT CARD: VISA  /  MasterCard  (please circle)*

_____   _____   _____   _____
Name on Card          Card Number           Exp. Date            Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310405-01**

IRS # 77-0009418



**WESTCOAST LEGAL SERVICE**

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

# INVOICE   WLS# 25310463-01

**BILL TO:**

San Francisco City Attorneys Office – Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5544217

File No.:   110727
Claim No.:
Pltf/Appl:   Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van
vs Def:   City and County of San Francisco, et al
Court:   UNITED STATES DISTRICT COURT
Case No.:   CV 11-4189 LB

Client No.:   5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |

Records Pertain To:
Records From:   **Comcast Cable**
**Philadelphia, PA**

Notes:
RECORDS UNOBTAINABLE. SEE STATUS REPORT.

**OK TO PAY**

FILE #:_____
BY:_____
                    Date

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

SALES TAX   .00

| DATE | November 15, 2013 | INVOICE NO. | 25310463-01 | 39.00 |
|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310463-01 | November 15, 2013 | 39.00 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____         _____      _____       _____
Name on Card                Card Number          Exp. Date            Signature

PLEASE REMIT TO:
**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310463-01**

IRS # 77-0009418

# WLS WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8122

**INVOICE**  WLS# 25310535-01

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:   5544217

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:   5543881

File No.:   110727

IRS # 77-0009418

Claim No.:

Pltf/Appl:   Chien Van Bui & Ai Huynh, individually & as successors in interest to Estate of Vinh Van
vs Def:   City and County of San Francisco, et al
Court:   UNITED STATES DISTRICT COURT
Case No.:   CV 11-4189 LB

Records Pertain To:
Records From:   **T-Mobile USA, Inc. c/o CSC-Lawyers Incorporating Service
Sacramento, CA**

| AMOUNT | |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Attempt Auth/Waive from Consumer | 10.00 |

**OK TO PAY**

FILE #:_____

BY:_____

Date

**Notes:**
RECORDS RECEIVED DIRECTLY FROM LOCATION PER CLIENT

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

| | | | |
|---|---|---|---|
| | SALES TAX | | .00 |
| DATE | January 6, 2014 | INVOICE NO. | 25310535-01 | | 65.50 |

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310535-01 | January 6, 2014 | 65.50 |

**PAYMENT CHOICE:**
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____   _____   _____   _____
Name on Card                Card Number                  Exp. Date           Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25310535-01**

IRS # 77-0009418

# WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE** WLS# 25310893-01

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

File No.: 110727
Claim No.:
Pltf/Appl: Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van B
vs Def: City and County of San Francisco, et al
Court: UNITED STATES DISTRICT COURT
Case No.: CV 11-4189 LB

IRS # 77-0009418

Records Pertain To: **Vinh Van Bui (AKA:Tony Bui)**
Records From: **Progress Foundation**
**San Francisco, CA**

| | AMOUNT |
|---|---|
| File Basic | 49.00 |

**OK TO PAY**
FILE #:_____
BY:_____
Date

**Notes:**
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM
THIS WITNESS WITH INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | | AMOUNT |
|---|---|---|---|
| SALES TAX | | | .00 |
| DATE | March 11, 2014 | INVOICE NO. | 25310893-01 | 49.00 |

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310893-01 | March 11, 2014 | 49.00 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

Name on Card          Card Number          Exp. Date          Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S WINCHESTER BLVD #208**
**SAN JOSE, CA 95128**

**WLS# 25310893-01**

IRS # 77-0009418

# WESTCOAST LEGAL SERVICE

INVOICE#25T16417-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (800) 698-8177

email: accounting@westcoastlegal.com

| BILL TO: | SHIP TO: |
|---|---|

Sean F. Connolly
San Francisco City Attorneys Office - Accounting Dept   San Francisco City Attorneys Office
1390 Market St, 5th Floor                          1390 Market Street, 6th Fl
San Francisco, CA. 94102                           San Francisco, CA. 94102
(415) 554-4211 x 7                                 (415) 554-3800

Client No.:  5544217                               Client No.:  5543881

File No.:  110727                                  IRS # 77-0009418
Claim No.:

| | ITEM RATE | AMOUNT |
|---|---|---|
| Pltf/Appl: Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van Bui | | |
| vs Def: City and County of San Francisco, et al | File Basic | 58.00 |
| Court: UNITED STATES DISTRICT COURT | *Witness Fee | 40.00 |
| Case No.: CV 11-4189 LB | *Check Charge | 4.00 |
| | *File Basic | 58.00 |

Records Pertain To:  **Vinh Van Bui (AKA:Tony Bui)**
Records From:  **Custodian of Records, Social Security Administration**
**Richmond, CA**

Notes:
REQUEST   AMENDED   PER   CLIENT     INSTRUCTION.
SUBPEONA FOR APPEARANCE

| | | | | |
|---|---|---|---|---|
| *1.5% finance charge per month on balance over 30 days.*<br>*IMPORTANT! Please show Invoice Number with Payment.* | | SALES TAX | | .00 |
| DATE | 3/12/2018 | INVOICE NO. | 25T16417-01 | AMOUNT DUE | 160.00 |

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25T16417-01 | 3/12/2018 | 160.00 |

PAYMENT OPTIONS:
☐ CHECK: Payable to WestCoast Legal Service        ☐ CREDIT CARD: VISA / MasterCard / AmEx (please circle)

Name on Card                                Card Billing Address / Zip Code

Card Number                                 Exp. Date              Signature

PLEASE REMIT TO:
**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S Winchester Blvd #208**
**SAN JOSE, CA 95128**

Contact Name

Contact Email

# WESTCOAST LEGAL SERVICE

INVOICE#25T16483-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (800) 698-8177

email: accounting@westcoastlegal.com

BILL TO:

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

Client No.: 5544217

File No.: 110727

Claim No.:

Pltf/Appl: Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van Bui
vs Def: City and County of San Francisco, et al
Court: UNITED STATES DISTRICT COURT
Case No.: CV 11-4189 LB

Records Pertain To: **Vinh Van Bui (AKA:Tony Bui)**
Records From: **Citibank N.A. c/o Legal Services Intake Unit**
**Sioux Falls, SD**

SHIP TO:

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 58.00 |
| Witness Fee | 40.00 |
| Check Charge | 4.00 |

Notes:

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | SALES TAX | .00 |
|---|---|---|

| DATE | 3/28/2018 | INVOICE NO. | 25T16483-01 | AMOUNT DUE | 102.00 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25T16483-01 | 3/28/2018 | 102.00 |

PAYMENT OPTIONS:

☐ *CHECK: Payable to WestCoast Legal Service*      ☐ *CREDIT CARD: VISA  /  MasterCard / AmEx (please circle)*

Name on Card                                         Card Billing Address / Zip Code

Card Number                                          Exp. Date          Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S Winchester Blvd #208
SAN JOSE, CA 95128**

Contact Name

Contact Email

# WESTCOAST LEGAL SERVICE

INVOICE#25T16516-01

1245 S Winchester Blvd #208, San Jose, CA 95128  (800) 698-8177

email: accounting@westcoastlegal.com

*BILL TO:*

*SHIP TO:*

Sean F. Connolly
San Francisco City Attorneys Office - Accounting Dept | San Francisco City Attorneys Office
1390 Market St, 5th Floor
1390 Market Street, 6th Fl
San Francisco, CA. 94102
San Francisco, CA. 94102
(415) 554-4211 x 7
(415) 554-3800

*Client No.:*  5544217

*Client No.:*  5543881

*File No.:*  110727

*IRS # 77-0009418*

*Claim No.:*

*Pltf/Appl:*  Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van Bui
*vs Def:*  City and County of San Francisco, et al
*Court:*  UNITED STATES DISTRICT COURT
*Case No.:*  CV 11-4189 LB

*Records Pertain to:*  **Vinh Van Bui (AKA:Tony Bui)**
*Records From:*  **AT&T**
**North Palm Beach, FL**

| ITEM RATE | AMOUNT |
|---|---|
| File Basic | 58.00 |

*Notes:*
ORDER CANCELLED AT CLIENT REQUEST

| | | | | | |
|---|---|---|---|---|---|
| *1.5% finance charge per month on balance over 30 days.*<br>*IMPORTANT! Please show Invoice Number with Payment.* | | SALES TAX | | .00 | |
| DATE | 3/28/2018 | INVOICE NO. | 25T16516-01 | *AMOUNT DUE* | 58.00 |

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25T16516-01 | 3/28/2018 | 58.00 |

PAYMENT OPTIONS:

☐ *CHECK: Payable to WestCoast Legal Service*      ☐ *CREDIT CARD: VISA  /  MasterCard / AmEx (please circle)*

_____
*Name on Card*

_____
*Card Billing Address / Zip Code*

_____
*Card Number*

_____
*Exp. Date*

_____
*Signature*

*PLEASE REMIT TO:*

**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S Winchester Blvd #208**
**SAN JOSE, CA 95128**

_____
*Contact Name*

_____
*Contact Email*

# WESTCOAST LEGAL SERVICE

INVOICE#25T16516-02

1245 S Winchester Blvd #208, San Jose, CA 95128  (800) 698-8177

email: accounting@westcoastlegal.com

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x 7

**SHIP TO:**

Sean F. Connolly
San Francisco City Attorneys Office
1390 Market Street, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

File No.: 110727

*IRS # 77-0009418*

Claim No.:

| | ITEM RATE | AMOUNT |
|---|---|---|
| Pltf/Appl: Chien Van Bui&Ai Huynh,individually&as successors in interest to Estate of Vinh Van Bui | | |
| vs Def: City and County of San Francisco, et al | File Basic | 58.00 |
| Court: UNITED STATES DISTRICT COURT | | |
| Case No.: CV 11-4189 LB | | |

Records Pertain To: **Vinh Van Bui (AKA:Tony Bui)**
Records From: **Verizon Wireless**
**Bedminster, NJ**

Notes:
ORDER CANCELLED AT CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | | SALES TAX | .00 |
|---|---|---|---|---|
| DATE 3/28/2018 | INVOICE NO. | 25T16516-02 | **AMOUNT DUE** | 58.00 |

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25T16516-02 | 3/28/2018 | 58.00 |

PAYMENT OPTIONS:
☐ CHECK: Payable to WestCoast Legal Service      ☐ CREDIT CARD: VISA / MasterCard / AmEx (please circle)

Name on Card _____      Card Billing Address / Zip Code _____

Card Number _____      Exp. Date _____   Signature _____

PLEASE REMIT TO:
**WestCoast Legal Service**
**A/R PROCESSING**
**1245 S Winchester Blvd #208**
**SAN JOSE, CA. 95128**

Contact Name _____

Contact Email _____

# EXHIBIT B-1

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.

USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT B-1**

Transcripts for appeal

| VENDORS | DEPONENTS/TRANSCRIPTS | AMOUNT |
|---|---|---|
| Carrie McKee-Parks, USDC CSR | Transcripts of 6/26/14  Hearing regarding Motion for Summary Judgment and 7/24/14 Hearing regarding Further Case Management Conference | $247.20 |
| **TOTAL** | | **$247.20** |

CITY AND COUNTY OF SAN FRANCISCO        OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☐ RUSH!!

CHECK NEEDED BY:     Date: _____ **ASAP**_____    Time: **12:30 pm**

MAKE CHECK PAYABLE TO:    **Carrie McKee-Parks**

                **CSR United States District Court**

Address:    **570 Via Mirabel**

           **San Lorenzo, CA  94580**

Tax ID or SS#:   ███████████████

IN THE AMOUNT OF:    **$**   **247.20 ($97.85 + 149.35)**

**Plaintiff's Expert?**   ☒ Yes     ☐ No

FOR:    ☐ See attached.   **Transcripts (6/26/14 & 7/24/14 hearings)**

CHARGE TO:            Case Name:   **Chien van Bui, et al. v. CCSF**

                    Court Number:   **11-cv-4189 LB**

                     File Number:   **110727**

                     Department:   **SFPD**

WHEN CHECK IS READY CALL:    Name:   **Anita M.**

                             Number:   **4-3983**

Dated:   **Friday, August 8, 2014**      REQUESTED BY:

                                               , Deputy City Attorney

                Sean F. Connolly

EXHIBIT B-3

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.

USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT B-3**

Transcripts

| VENDORS | DEPONENTS/TRANSCRIPTS | AMOUNT |
|---|---|---|
| Belle Ball, USDC CSR | Daily Trial Transcripts | $10,872.10 |
| **TOTAL** | | **$10,872.10** |

# United States District Court
## Northern District of California

Date: 03/23/2018

Invoice Number: 201800077

**To:**

**Sean F. Connolly, Esq.**
1390 Market Street
Sixth Floor
San Francisco, CA, 94102-5408
**Email:** sean.connolly@sfcityatty.org
**Assistant's Name:** Anita Murdock
**Assistant's Email:**
anita.murdock@sfcityatty.org

**Make Checks Payable To:**

**Belle Ball, CSR, CRR, RDR**
**Official US Court Reporter**
450 Golden Gate Avenue
16th Floor
San Francisco, California, 94102
**Phone:** (415) 373-2529
**Email:** belle_ball@cand.uscourts.gov

## Case Details:

**Case Number:** C 11-4189 LB
**Case Title:** Bui vs. City and County of San Francisco, et al.
**Case Description:** Daily trial transcripts, March 5 to March 20, 2018
**Criminal or Civil:** Civil

**Proceeding Date:** Mar 05, 2018
**Courthouse:** San Francisco
**Judge Hearing Case:** Laurel Beeler

## Transcripts:

**Date Ordered:** Mar 02, 2018
**Date Delivered:** Mar 06, 2018
**Transcripts Requested By:** Sean F. Connolly, Esq.

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 902 | $6.05 | $5,457.10 |
| Daily 1st Copy | 1805 | $1.20 | $2,166.00 |
| Daily 2nd Copy | 3610 | $0.90 | $3,249.00 |

**Total:** $10,872.10
**Amount of Deposit:** $12,050.00
**Refund Amount:** $1,177.90

## Amount Due: $0.00

## Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for

EXHIBIT C-1

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.

USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT C-1**

Deposition transcript/video recording

| VENDORS | TRANSCRIPTS | AMOUNT |
|---|---|---|
| Bonnie Wagner Court Reporting | Deposition of Roger Clark, 4/10/14 | $689.52 |
| Diablo Valley Reporting Services | Deposition of Margo Rich Ogus, Ph.D., 4/10/14 | $212.70 |
| Personal Court Reporters, Inc. | Deposition of Jon J. Smith, M.D., 4/3/14 | $358.75 |
| Bonnie Wagner Court Reporting | Deposition of Joanna Moss, Ph.D., 4/8/14 | $315.00 |
| Diablo Valley Reporting Services | Deposition of Mark Strassberg, M.D., 3/28/14 | $301.30 |
| Bonnie Wagner Court Reporting | Deposition of Jonathan Yan, 11/5/13 | $399.90 |
| Bonnie Wagner Court Reporting | Deposition of Joanne Gong, 11/5/13 | $275.00 |
| Diablo Valley Reporting Services | Deposition of Michael Nevin, 11/21/13 | $318.90 |
| Diablo Valley Reporting Services | Deposition of Richard Corriea, 11/21/13 | $73.00 |
| Atkinson-Baker, Inc. | Deposition of Stanley Shyn, M.D., Ph.D., 12/12/13 (Depo Pages, CD, Transcript, delivery, handling ) | $648.45 |
| Bonnie Wagner Court Reporting | Deposition of Melina Herrera, 6/13/13 | $432.45 |
| Diablo Valley Reporting Services | Deposition of Annette Goley, 6/13/13 | $324.30 |
| Diablo Valley Reporting Services | Deposition of Richard Corriea, 6/27/13 | $353.40 |
| Diablo Valley Reporting Services | Deposition of Robert Velarde, 6/27/13 | $181.35 |
| Diablo Valley Reporting Services | Deposition of John Hart, 6/27/13 | $87.85 |
| Bonnie Wagner Court Reporting | Deposition of Lan Herrera, 7/17/13 | $460.35 |
| Diablo Valley Reporting Services | Deposition of Kevin Whitfield, 4/17/13 | $372.95 |
| Bonnie Wagner Court Reporting | Deposition of Sandra Wong, 11/6/13 | $385.95 |
| Bonnie Wagner Court Reporting | Deposition of Chien Van Bui, 11/6/13 | $355.20 |

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.

USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT C-1**

Deposition transcript/video recording

| VENDORS | TRANSCRIPTS | AMOUNT |
|---|---|---|
| Cyrus Productions | Synched DVD Video Deposition, Austin Wilson and Timothy Ortiz, Job Date 9/13/12 | $670.00 |
| Bonnie Wagner Court Reporting | Deposition of Marvin Chen, 9/11/12 | $451.20 |
| Bonnie Wagner Court Reporting | Deposition of Jason Wu, 9/11/12 | $326.40 |
| Bonnie Wagner Court Reporting | Deposition of Sharon Hong, 9/11/12 | $240.00 |
| Bonnie Wagner Court Reporting | Deposition of Simon Pan, 9/17/12 | $275.00 |
| Bonnie Wagner Court Reporting | Deposition of Sharon Hong, Volume II | $275.00 |
| Bonnie Wagner Court Reporting | Deposition of Andrew Kung, 9/12/12 | $336.00 |
| Bonnie Wagner Court Reporting | Deposition of Cindy Thanh Tran, 9/12/12 | $190.00 |
| Bonnie Wagner Court Reporting | Deposition of Aaron Chungyin Li | $300.00 |
| Diablo Valley Reporting Services | Copy of Transcript of Deposition of Austin Wilson | $459.05 |
| Diablo Valley Reporting Services | Copy of Transcript of Deposition of Timothy Ortiz | $313.50 |
| **TOTAL** | | **$10,382.47** |

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
1819 Polk Street, #446
a Francisco, CA  94109
(415) 982-4849
TAX ID 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

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/23/2014 | 184955 |

| Bill To |
|---------|
| Sean Connolly |
| Deputy City Attorney |
| Office of the City Attorney |
| 1390 Market Street, 6th Floor |
| San Francisco, CA  94102 |

| Case |
|------|
| Chien Van Bui, et al vs CCSF, et al |
| U.S. District Court, Northern District |
| Case No:  CV 11-4189 LB |

| Description | Amount |
|-------------|--------|
| Deposition of Roger Clark, Expert Witness | |
| Reported on 4-10-14 | |
| Original and one copy expedited (78 Pages) | 689.52 |
| Requested 4-10;Delivery 4-14) | |
| Exhibits  (57 B/W; 1 Color Copy;58 Pages Scanned) | 47.05 |

```
OK TO PAY

FILE #:_____

BY:_____
                        Date
```

| | Total | $736.57 |
|--|-------|---------|

# INVOICE

Diablo Valley Reporting Services
2121 N. California Boulevard
te 290
alnut Creek, CA  94596
Phone:(925) 930-7388   Fax:(925) 935-6957

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 151113 | 4/27/2014 | 51033 |
| **Job Date** | **Case No.** | |
| 4/10/2014 | C11-04189 LB | |
| **Case Name** | | |
| Chien Van Bui vs. City and County of San Francisco | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Donald P. Margolis, Esq.
City & County of San Francisco
1390 Market Street
6th Floor
San Francisco, CA 94102

1 Certified Transcript
   Margo Rich Ogus, Ph.D.                                              212.70

**TOTAL DUE >>>**                    **$212.70**

Thank you for your business.

Tax ID: 68-0259693                                              Phone: (415) 554-3800   Fax:

*Please detach bottom portion and return with payment.*

Donald P. Margolis, Esq.
City & County of San Francisco
1390 Market Street
6th Floor
San Francisco, CA  94102

Job No.      : 51033         BU ID       :1-MAIN
Case No.     : C11-04189 LB
Case Name  : Chien Van Bui vs. City and County of San
             Francisco
Invoice No. : 151113        Invoice Date :4/27/2014
**Total Due  : $ 212.70**

emit To: **Diablo Valley Reporting Services**
        **P.O. Box 4517**
        **Walnut Creek, CA  94596**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:



COURT REPORTERS, INC.
818.988.1900  www.personalcourtreporters.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32757 | 4/9/2014 | 33151 |

| Job Date | Case No. | |
|---|---|---|
| 4/3/2014 | C11-04189LB | |

| Case Name | | |
|---|---|---|
| Chien Van Bui and Al Huynh vs. City and County of San Francisco | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Sean Connolly
Office of the City Attorney
1390 Market Street
6th Floor
San Francisco CA  94102

CERTIFIED TRANSCRIPT:

    Expert Witness Jon J. Smith, M.D.                                                      358.75

                              TOTAL DUE  >>>                    **$358.75**

Thank you for choosing Personal Court Reporters!

Payment is due on receipt of invoice. Invoices over thirty (30) days old are considered past due and all discounts expire and monthly
finance charges accrue at the rate of 10% per annum on the unpaid balance. In the event of legal action, any and all invoices and
accumulated interest, PCR shall be entitled to an award of reasonable attorneys' fees and costs. This contract is entered into and governed
by the State of California, County of Los Angeles.

**Tax ID:** 95-4838903

*Please detach bottom portion and return with payment.*

Sean Connolly
Office of the City Attorney
1390 Market Street
6th Floor
San Francisco CA  94102

| | | | | |
|---|---|---|---|---|
| Job No. | : 33151 | | BU ID | : VTA-DEP |
| Case No. | : C11-04189LB | | | |
| Case Name | : Chien Van Bui and Al Huynh vs. City and County of San Francisco | | | |
| Invoice No. | : 32757 | | Invoice Date | : 4/9/2014 |
| **Total Due** | : **$358.75** | | | |

Remit To:  **Personal Court Reporters, Inc.**
              **14520 Sylvan St**
              **Van Nuys CA  91411**

**PAYMENT WITH CREDIT CARD**       AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date: _____   Phone#:
Billing Address:
Zip: _____   Card Security Code:
Amount to Charge:
Cardholder's Signature:

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
1819 Polk Street, #446
1 Francisco, CA  94109
(415) 982-4849
TAX ID 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

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/23/2014 | 184956 |

| Bill To |
|---------|
| Donald Margolis
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA  94102 |

| Case |
|------|
| Chien Van Bui, et al vs CCSF, et al
U.S. District Court, Northern District
Case No:  CV 11-4189 LB |

| Description | Amount |
|-------------|--------|
| Deposition of Joanna Moss, Ph.D.
Reported on 4-8-14
Original and one copy  (54 Pages)
Rough Transcript
Exhibits  (64 B/W;64 Pages Scanned) | 315.00
70.20
51.20 |

OK TO PAY

FILE #: _____

BY: _____
                    Date

| | Total | $436.40 |

# INVOICE

Diablo Valley Reporting Services
2121 N. California Boulevard
Ste 210
Walnut Creek, CA  94596
Phone:(925) 930-7388   Fax:(925) 935-6957

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 151075 | 4/9/2014 | 51030 |
| Job Date | Case No. | |
| 3/28/2014 | C11-04189 LB | |
| Case Name | | |
| Chien Van Bui vs. City and County of San Francisco | | |
| Payment Terms | | |
| Due upon receipt | | |

Donald P. Margolis, Esq.
City & County of San Francisco
1390 Market Street
6th Floor
San Francisco, CA 94102

1 Certified Transcript
  Mark Strassberg, M.D.

301.30

**TOTAL DUE  >>>**                    **$301.30**

Thank you for your business.

**PLEASE REMIT TO:**
Diablo Valley Reporting Services
P.O. Box 4517
Walnut Creek, CA 94596

**Tax ID:** 68-0259693                              Phone: (415) 554-3800   Fax:

*Please detach bottom portion and return with payment.*

Donald P. Margolis, Esq.
City & County of San Francisco
1390 Market Street
6th Floor
San Francisco, CA 94102

| | | | |
|---|---|---|---|
| Job No. | : 51030 | BU ID | :1-MAIN |
| Case No. | : C11-04189 LB | | |
| Case Name | : Chien Van Bui vs. City and County of San Francisco | | |
| Invoice No. | : 151075 | Invoice Date | :4/9/2014 |
| Total Due | : $ 301.30 | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Diablo Valley Reporting Services**
          **P.O. Box 4517**
          **Walnut Creek, CA  94596**

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
**1819 Polk Street, #446**
San Francisco, CA  94109
**(415) 982-4849**
**TAX ID 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**

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/20/2013 | 184822 |

| Bill To |
|---------|
| Sean Connolly |
| Deputy City Attorney |
| Office of the City Attorney |
| 1390 Market Street, 6th Floor |
| San Francisco, CA  94102 |

| Case |
|------|
| Chien Van Bui, et al vs CCSF, et al |
| U.S. District Court, Northern District |
| Case No:  CV 11-4189 LB |

| Description | Amount |
|-------------|--------|
| Deposition of Jonathan Yan | |
| Reported on 11-5-13 | |
| Original and one copy  (86 Pages) | 399.90 |
| Exhibits | 3.40 |
| Deposition of Joanne June Gong | |
| Reported on 11-5-13 | |
| Original and one copy  (57 Pages) | 275.00 |
| Exhibits | 3.40 |

OK TO PAY

FILE #:_____

BY:_____

Date

| Total | $681.70 |
|-------|---------|

# INVOICE

Diablo Valley Reporting Services
2121 N. California Boulevard
te 210
lnut Creek, CA  94596
Phone:(925) 930-7388  Fax:(925) 935-6957

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150802 | 12/3/2013 | 50786 |
| Job Date | Case No. | |
| 11/21/2013 | C11-04189 LB | |
| Case Name | | |
| Chien Van Bui vs. City and County of San Francisco | | |
| Payment Terms | | |
| Due upon receipt | | |

Sean Connolly, Esq.
City & County of San Francisco
1390 Market Street
6th Floor
San Francisco, CA 94102

| | | |
|---|---|---|
| 1 Certified Transcript | | |
| Michael Nevin | | 318.90 |
| 1 Certified Transcript | | |
| Richard Correia | | 73.00 |
| | **TOTAL DUE  >>>** | **$391.90** |

Thank you for your business.

**PLEASE REMIT TO:**
Diablo Valley Reporting Services
P.O. Box 4517
Walnut Creek, CA 94596

**Tax ID:** 68-0259693                                          Phone: (415) 554-3800   Fax:

*Please detach bottom portion and return with payment.*

Sean Connolly, Esq.
City & County of San Francisco
1390 Market Street
6th Floor
San Francisco, CA 94102

| | | | | |
|---|---|---|---|---|
| Job No. | : 50786 | BU ID | : 1-MAIN | |
| Case No. | : C11-04189 LB | | | |
| Case Name | : Chien Van Bui vs. City and County of San Francisco | | | |
| Invoice No. | : 150802 | Invoice Date | : 12/3/2013 | |
| **Total Due** | **: $ 391.90** | | | |

it To: **Diablo Valley Reporting Services**
**P.O. Box 4517**
**Walnut Creek, CA  94596**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Donald P. Margolis
San Francisco City Attorney Office
1390 Market Street
Sixth Floor - Civil Division
San Francisco, CA 94102-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Amber Richardson
arichardson@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | San Francisco City Attorney's Office |
|---|---|
| Taking Attorney: | Donald P. Margolis |
| Case Name: | Chien Van Bui et al v CCSF |
| Case No.: | 11-CV-4189LB |

| INVOICE NO. | A70CD3A AA |
|---|---|
| FIRM NO. | 0691701 |
| INVOICE DATE | 12/20/2013 |
| DUE UPON RECEIPT | |

| Claim No.: | |
|---|---|
| Insurance Co.: | |
| Insured: | \|DOL: \| |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

Description:   Reporter's transcript of the deposition of Stanley I. Shyn, MD, PhD, taken 12/12/2013. Expedited.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Med/Expert/Technical | 121.00 | $ 4.45 | $ 538.45 |
| Expedite: 3 working days -  80% | 121.00 | $ 3.56 | $ 430.76 |
| Exhibit Copies (pages) | 414.00 | $ .45 | $ 186.30 |
| CD: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing & Handling Fee | 1.00 | $ 30.00 | $ 30.00 |
| Overnight Delivery | 1.00 | $ 40.00 | $ 40.00 |
| Conference Room  N/C ($135) | 1.00 | $ .00 | $ .00 |
| Hourly Rate | 3.00 | $ 68.00 | $ 204.00 |
| Waiting Time (hours) | .75 | $ 68.00 | $ 51.00 |
| Parking | 1.00 | $ 18.00 | $ 18.00 |

| PAYMENTS | - $ 0.00 |
|---|---|
| BALANCE DUE | $ 1,538.51 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - - - - -

| BALANCE DUE | $  1,538.51 |
|---|---|
| INVOICE NO. | A70CD3A AA |
| FIRM NO. | 0691701 |

For:   Reporter's transcript of the deposition of Stanley I. Shyn, MD, PhD, taken 12/12/2013. Expedited.

From:   Donald P. Margolis
San Francisco City Attorney Office
1390 Market Street
Sixth Floor - Civil Division
San Francisco, CA 94102-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
**1819 Polk Street, #446**
**n Francisco, CA  94109**
**15) 982-4849**
**TAX ID 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**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/27/2013 | 184645 |

| Bill To |
|---------|
| Sean Connolly<br>Deputy City Attorney<br>Office of the City Attorney<br>1390 Market Street, 6th Floor<br>San Francisco, CA  94102 |

| Case |
|------|
| Chien Van Bui, et al vs CCSF, et al<br>U.S. District Court,  Northern District<br>Case No. CV 11-4189 LB |

| Description | Amount |
|-------------|--------|
| Deposition of Melina Herrera<br>Reported on 6-13-13<br>Original and one copy  (93 Pages)<br>Exhibits | 432.45<br>0.70 |

OK TO PAY

FILE #:_____

BY:_____

Date

| | Total | $433.15 |

# INVOICE

Diablo Valley Reporting Services
2121 N. California Boulevard
Suite 210
Walnut Creek, CA  94596
Phone:(925) 930-7388   Fax:(925) 935-6957

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150351 | 6/24/2013 | 50334 |
| Job Date | Case No. | |
| 6/13/2013 | C11-04189 LB | |
| Case Name | | |
| Chien Van Bui vs. City and County of San Francisco | | |
| Payment Terms | | |
| Due upon receipt | | |

Sean Connolly, Esq.
City & County of San Francisco
1390 Market Street
6th Floor
San Francisco, CA  94102

1 Certified Transcript
  Annette Goley                                                           324.30

                                              **TOTAL DUE  >>>         $324.30**

Thank you for your business.

OK TO PAY

FILE #_____
BY:_____
  Team Leader_____
  Deputy City Attorney                    Date

**PLEASE REMIT TO:**
Diablo Valley Reporting Services
P.O. Box 4517
Walnut Creek, CA 94596

Tax ID: 68-0259693                                    Phone: (415) 554-3800   Fax:

---

*Please detach bottom portion and return with payment.*

Sean Connolly, Esq.
City & County of San Francisco
1390 Market Street
6th Floor
San Francisco, CA  94102

| | | | |
|---|---|---|---|
| Job No. | : 50334 | BU ID | :1-MAIN |
| Case No. | : C11-04189 LB | | |
| Case Name | : Chien Van Bui vs. City and County of San Francisco | | |
| Invoice No. | : 150351 | Invoice Date | :6/24/2013 |
| **Total Due** | **: $ 324.30** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:_____ Phone#:
Billing Address:
Zip:_____ Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Diablo Valley Reporting Services**
       **P.O. Box 4517**
       **Walnut Creek, CA  94596**

# INVOICE

Diablo Valley Reporting Services
2121 N. California Boulevard
Suite 210
Walnut Creek, CA  94596
Phone:(925) 930-7388   Fax:(925) 935-6957

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150398 | 7/16/2013 | 50371 |
| **Job Date** | **Case No.** | |
| 6/27/2013 | C11-04189 LB | |
| **Case Name** | | |
| Chien Van Bui vs. City and County of San Francisco | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sean Connolly, Esq.
City & County of San Francisco
1390 Market Street
6th Floor
San Francisco, CA  94102

1 Certified Transcript
   Richard Correia                                               353.40
1 Certified Transcript
   Robert Velarde                                               181.35
1 Certified Transcript
   John Hart                                                  87.85

TOTAL DUE  >>>      **$622.60**

Thank you for your business.

**PLEASE REMIT TO:**
Diablo Valley Reporting Services
P.O. Box 4517
Walnut Creek, CA 94596

Tax ID: 68-0259693                                       Phone: (415) 554-3800    Fax:

*Please detach bottom portion and return with payment.*

Sean Connolly, Esq.
City & County of San Francisco
1390 Market Street
6th Floor
San Francisco, CA  94102

| | | | |
|---|---|---|---|
| Job No. | : 50371 | BU ID | :1-MAIN |
| Case No. | : C11-04189 LB | | |
| Case Name | : Chien Van Bui vs. City and County of San Francisco | | |
| Invoice No. | : 150398 | Invoice Date | :7/16/2013 |
| **Total Due** | **: $ 622.60** | | |

Remit To: **Diablo Valley Reporting Services**
       **P.O. Box 4517**
       **Walnut Creek, CA  94596**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:               Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
**1819 Polk Street, #446**
**San Francisco, CA  94109**
**(415) 982-4849**
**TAX ID 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**

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2013 | 184717 |

| Bill To |
|---------|
| Sean Connolly<br>Deputy City Attorney<br>Office of the City Attorney<br>1390 Market Street, 6th Floor<br>San Francisco, CA  94102 |

| Case |
|------|
| Chien Van Bui, et al vs CCSF, et al<br>U.S. District Court,  Northern District<br>Case No. CV 11-4189 LB |

| Description | Amount |
|-------------|--------|
| Deposition of Lan Herrera<br>Reported on 7-17-13<br>Original and one copy | 460.35 |

OK TO PAY

FILE #: _____

BY: _____

Date

| | Total | $460.35 |
|--|-------|---------|

# INVOICE

Diablo Valley Reporting Services
2121 N. California Boulevard
Ste 210
Walnut Creek, CA  94596
Phone:(925) 930-7388   Fax:(925) 935-6957

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150175 | 4/25/2013 | 50204 |
| Job Date | Case No. | |
| 4/17/2013 | C11-04189 LB | |
| Case Name | | |
| Chien Van Bui vs. City and County of San Francisco | | |
| Payment Terms | | |
| Due upon receipt | | |

Sean Connolly, Esq.
City & County of San Francisco
1390 Market Street
6th Floor
San Francisco, CA  94102

1 Certified Transcript
    Kevin Whitfield

372.95

**TOTAL DUE  >>>**                                         **$372.95**

Thank you for your business.

**PLEASE REMIT TO:**
Diablo Valley Reporting Services
P.O. Box 4517
Walnut Creek, CA 94596

**Tax ID:** 68-0259693

Phone: (415) 554-3800   Fax:

*Please detach bottom portion and return with payment.*

Sean Connolly, Esq.
City & County of San Francisco
1390 Market Street
6th Floor
San Francisco, CA  94102

Job No.    : 50204          BU ID      :1-MAIN
Case No.   : C11-04189 LB
Case Name : Chien Van Bui vs. City and County of San
                   Francisco
Invoice No. : 150175          Invoice Date :4/25/2013
**Total Due  : $ 372.95**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Diablo Valley Reporting Services**
              **P.O. Box 4517**
              **Walnut Creek, CA  94596**

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
1819 Polk Street, #446
n Francisco, CA  94109
(415) 982-4849
TAX ID 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

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/9/2014 | 184860 |

| Bill To |
|---------|
| Sean Connolly<br>Deputy City Attorney<br>Office of the City Attorney<br>1390 Market Street, 6th Floor<br>San Francisco, CA  94102 |

| Case |
|------|
| Chien Van Bui, et al vs CCSF, et al<br>U.S. District Court, Northern District<br>Case No:  CV 11-4189 LB |

| Description | Amount |
|-------------|--------|
| Deposition of Sandra Wong<br>Reported on 11-6-13<br>Original and one copy  (83 Pages)<br>Exhibits  (2 B/W;1 Color Copy;3 Pages Scanned) | 385.95<br>2.75 |
| Deposition of Chien Van Bui<br>Original and one copy  (74 Pages)<br>Exhibits  (4 B/W;9 Color Copies;13 Pages Scanned) | 355.20<br>14.95 |

```
                    OK TO PAY
        FILE #:_____
        BY:_____
                                  Date
```

| | Total | $758.85 |
|--|-------|---------|

**Cyrus Productions**
2827 55th Ave.
Oakland, CA 94605
attn: Aline Mayer
510-326-4076

| Date | 9-13-2012 |
|---|---|
| Invoice #: | 2403 |
| EIN # | |
| Terms: | 30 Days |

| Bill to: |
|---|
| Sean Connelly<br>City Attorney Office |

| Witness: Austin Wilson, Timothy Ortiz |
|---|
| Case: Bui vs City and Co. of S.F.<br>Job Date: 9/13/2012 |
| |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | | | | |
| 4  Sync DVD | | | $165.00 | $660.00 |
| | | | | |
| | | | | |
| | Shipping | | | $10.00 |
| | | | TOTAL | $670.00 |

NOTE: 10/14/12 PER A. MURDOCK - PLAINTIFF'S VENDOR

**OK TO PAY**
FILE # 110727
BY:
Team Lead
Deputy City Attorney
10-15-12
Date

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
**1819 Polk Street, #446**
**San Francisco, CA  94109**
**(415) 982-4849**
**TAX ID 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**

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/27/2012 | 184262 |

| Bill To |
|---------|
| Sean Connolly<br>Deputy City Attorney<br>Office of the City Attorney<br>1390 Market Street, 6th Floor<br>San Francisco, CA  94102 |

| Case |
|------|
| Chien Van Bui, et al vs CCSF, et al<br>U.S. District Court,  Northern District<br>Case No. CV 11-4189 LB |

| Description | Amount |
|-------------|--------|
| Deposition of Marvin Chen<br>Reported on 9-11-12<br>Original and one copy  (94 Pages) | 451.20 |
| Deposition of Jason Wu<br>Reported on 9-11-12<br>Original and one copy  (68 Pages) | 326.40 |
| Deposition of Sharon Hong<br>Reported on 9-11-12<br>Original and one copy  (50 Pages)<br>Exhibits | 240.00<br>19.50 |

OK TO PAY
FILE #: 110727
BY:
Team Leader
Deputy City Attorney    10-2-12
Date

| | Total | $1,037.10 |
|---|-------|-----------|

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
**1819 Polk Street, #446**
**San Francisco, CA 94109**
**(415) 982-4849**
**TAX ID 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**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/1/2012 | 184274 |

| Bill To |
|---------|
| Sean Connolly<br>Deputy City Attorney<br>Office of the City Attorney<br>1390 Market Street, 6th Floor<br>San Francisco, CA 94102 |

| Case |
|------|
| Chien Van Bui, et al vs CCSF, et al<br>U.S. District Court, Northern District<br>Case No. CV 11-4189 LB |

| Description | Amount |
|-------------|--------|
| Deposition of Simon Pan | |
| Reported on 9-17-12 | |
| Original and one copy  (59 Pages) | 275.00 |
| Exhibits | 2.75 |
| Deposition of Sharon Hong, Volume II | |
| Reported on 9-17-12 | |
| Original and one copy | 275.00 |
| Exhibits | 1.35 |

OK TO PAY
FILE #: _110727_
BY: _10-10-10_
Team Leader          Date
Deputy City Attorney

| | Total |
|--|-------|
| | $554.10 |

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
**1819 Polk Street, #446**
**San Francisco, CA  94109**
**(415) 982-4849**
**TAX ID 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**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/1/2012 | 184273 |

| Bill To |
|---------|
| Sean Connolly<br>Deputy City Attorney<br>Office of the City Attorney<br>1390 Market Street, 6th Floor<br>San Francisco, CA  94102 |

| Case |
|------|
| Chien Van Bui, et al vs CCSF, et al<br>U.S. District Court,  Northern District<br>Case No. CV 11-4189 LB |

| Description | Amount |
|-------------|--------|
| Deposition of Andrew Kung | |
| Reported on 9-12-12 | |
| Original and one copy  (70 Pages) | 336.00 |
| Exhibits | 2.75 |
| Deposition of Cindy Thanh Tran | |
| Reported on 9-12-12 | |
| Copy | 190.00 |
| Exhibits | 2.75 |
| Handling | 10.00 |
| Deposition of Aaron Chungyin Li | |
| Reported on 9-12-12 | |
| Original and one copy  (50 Pages) | 300.00 |

OK TO PAY
FILE #: _110727_
BY: _____ . _1c-10-1c_
Team Leader                    Date
Deputy City Attorney

| | Total | $841.50 |
|--|-------|---------|

Diablo Valley Reporting Services
2121 N. California Boulevard Suite 210
Walnut Creek, CA 94596
(925) 930-7388    Fax  (925) 935-6957

# COURT REPORTING
# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 145217 | 09/25/12 | 01-48690 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/13/12 | COWAGA | C1104189LB |

| CASE CAPTION | | |
|---|---|---|
| Chien Van Bui vs. City and County of S | | |

| TERMS | | |
|---|---|---|

Sean Connolly, Esq.
City & County of San Francisco
1390 Market Street 6th Floor
San Francisco, CA 94102



    1  COPY OF TRANSCRIPT OF:
       Austin Wilson                                                 459.05

    1  COPY OF TRANSCRIPT OF:
       Timothy Ortiz                                                 313.50

                              T O T A L   D U E >>>>   772.55

OK TO PAY

CASE:  Bui v. CCSF

BILLING #: 110727

BY: _____  9/27/12
    Deputy City Attorney       Date

**PLEASE REMIT TO:**
Diablo Valley Reporting Services
P.O. Box 4517
Walnut Creek, CA 94596

※ 10/11/12 PER A. MURDOCK PLAINTIFFS VENDOR

TAX ID NO.:  68-0259693                                    (415) 554-3800

Please detach and return this portion with your payment

Sean Connolly, Esq.
City & County of San Francisco
1390 Market Street
6th Floor
San Francisco, CA 94102

Invoice No.: 145217
Date      : 09/25/12
**TOTAL DUE**  :   772.55

Job No.   : 01-48690
Case No.  : C1104189LB
Chien Van Bui vs. City and County of

Remit To: **Diablo Valley Reporting Services**
          **P. O. Box 4517**
          **Walnut Creek, CA 94596**

EXHIBIT C-2

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.

USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT C-2 (Deposition Exhibits)**
**(*See Exhibit C-1 for Invoice)**

| VENDORS | ITEM | AMOUNT |
|---|---|---|
| Bonnie Wagner Court Reporting | * Exhibits to Deposition of Roger Clark, 4/10/14 | $47.05 |
| Bonnie Wagner Court Reporting | *Exhibits to Deposition of Joanna Moss, Ph.D., 4/8/14 | $51.20 |
| Bonnie Wagner Court Reporting | *Exhibits to Deposition of Jonathan Yan, 11/5/13 | $3.40 |
| Bonnie Wagner Court Reporting | *Exhibits to Deposition of Joanne Gong, 11/5/13 | $3.40 |
| Atkinson-Baker, Inc. | *Exhibits to Deposition of Stanley Shyn, M.D., Ph.D., 12/12/13 | $186.30 |
| Bonnie Wagner Court Reporting | *Exhibits to Deposition of Melina Herrera, 6/13/13 | $0.70 |
| Bonnie Wagner Court Reporting | *Exhibits to Deposition of Sandra Wong, 11/6/13 | $2.75 |
| Bonnie Wagner Court Reporting | *Exhibits to Deposition of Chien Van Bui, 11/6/13 | $14.95 |
| Bonnie Wagner Court Reporting | *Exhibits to Depositions of Chen, Wu, Hong, 9/11/12 | $19.50 |
| Bonnie Wagner Court Reporting | *Exhibits to Deposition of Simon Pan, 9/17/12 | $2.75 |
| Bonnie Wagner Court Reporting | *Exhibits to Deposition of Sharon Hong, Volume II | $1.35 |
| Bonnie Wagner Court Reporting | *Exhibits to Deposition of Andrew Kung, 9/12/12 | $2.75 |
| Bonnie Wagner Court Reporting | *Exhibits to Deposition of Cindy Thanh Tran (and handling), 9/12/12 | $12.75 |
| **TOTAL** | | **$348.85** |

# EXHIBIT C-3

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.

USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT C-3 (Reporter and Notary Attendance Fees)**
**(*See Exhibit C-1 for Invoice)**

| VENDORS | ITEM | AMOUNT |
|---|---|---|
| Atkinson-Baker, Inc. | *Deposition of Stanley Shyn, M.D., Ph.D., 12/12/13 (Reporter Hourly rate, waiting time, parking) | $273.00 |
| **TOTAL** | | **$273.00** |

EXHIBIT D-1

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.

USDC Northern District of California No. 11-cv-04189 LB


BILL OF COSTS WORKSHEET


**EXHIBIT D-1**


Reproduction (Government Records)

| Service | Description | Date | Cost |
|:---:|:---|:---:|:---:|
| NA | Death Certificate | 12/7/2012 | $28.00 |
| | | | $0.00 |
| **TOTAL** | | | **$28.00** |

CITY AND COUNTY OF SAN FRANCISCO—F300

# FIELD EXPENSE REPORT

SHEET No. 1

CITY ATTORNEY'S OFFICE

Department     Oct - Nov    20   12

Reimbursement is requested for Field Expense on Official Business for month of      20

| DAY | PURPOSE/FILE# | TRAVEL FROM—TO | RT | SPEEDOMETER READINGS | MILES | PARKING METER | CARFARE | TELEPHONE | OTHER (Receipt Required) |
|---|---|---|---|---|---|---|---|---|---|
| 10/23/12 | 070571 — Ct. Records | CAO to San Mateo Superior Court | X | 49901-49953 | 52 | 3.00 | | | COPIES |
| 10/30/12 | 070571 — Ct. Records Records | CAO to San Mateo Superior Court St. Cato | X | 51045-51097 | 52 | 1.00 | | | PARKING |
| 11/1/12 | 070571 — Ct. Records | CAO to SF Criminal Ct | | | | | | | TRANSCRIPT 28.50 |
| 11/7/12 | 110727 — Death Certificate | | | | | | | | 28.00 |

```
        0 · *

       52·00 +
       52·00 +
      104·00 *

      104·00 ×
        0·555 =
       57·72 *

       57·72 +
        3·00 +
        1·00 +
       28·50 +
       28·00 ·
      118·22 *
```

| | | | | | | Sub: | Other | 56.50 |
|---|---|---|---|---|---|---|---|---|
| Extend Total Parking Meter, Carfare & Telephone | | | | | | 4.00 | 0.00 | 0.00 | 4.00 |
| Make and Model Car | | License Number | | Total Miles 104 | 54 mls | Rate Per Mile .555 | | 57.72 |
| | | | | | | | TOTAL | 90.37 |

THE UNDERSIGNED HEREBY CERTIFY that the above is a true statement of travel mileage and expense incurred in official business of the City and County of San Francisco.

$118.22

Dept. Head: DENNIS J. HERRERA

Expense Incurred by: SUBMITTER'S NAME

Approved by Team Leader: TEAM LEADER'S NAME    11/21/12

INSTRUCTIONS: Enter Speedometer Reading at start and end of continuous driving on City business and extend mileage. Receipt or explanation required for "Other" expense. Use additional sheets as needed, numbering each sheet, totaling and certifying on last sheet for month. For Round Trip, check in "RT" column.

document2— 7-NOV-12

EXHIBIT D-2

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.
USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT D-2**

Reproduction (Discovery Documents)
(** = See Exhibit A-2 for Invoice)

| Service | Description | Date | Cost |
|---|---|---|---|
| WestCoast Legal | **City College of San Francisco, copy charge, Ref 25308989-01 | 12/5/2012 | $0.60 |
| WestCoast Legal | **USPS, copy charge, Ref 25308989-02 | 3/22/2013 | $3.00 |
| WestCoast Legal | **Marriott International, subpoena service, Ref 25308989-03 | 11/28/2012 | $15.00 |
| WestCoast Legal | **SFGH, copy charge, Ref 25309265-01 | 2/27/2013 | $7.95 |
| WestCoast Legal | **SFGH Billing, copy charge, Ref 25309265-02 | 1/30/2013 | $0.30 |
| WestCoast Legal | **SFGH Psychiatric, copy charge, Ref 25309265-04 | 4/25/2013 | $30.75 |
| WestCoast Legal | **Social Security Administration, copy charge, Ref 25309576-05 | 7/17/2013 | $16.50 |
| WestCoast Legal | **RAMS, copy charge Ref 25310036-04 | 7/8/2013 | $58.95 |
| WestCoast Legal | **AT&T, copy charges, Ref 25310044-01, including amended request | 9/24/2013 | $2.85 |
| WestCoast Legal | **Verizon Wireless, copy charge, Ref 25310078-01 | 7/31/2013 | $0.15 |
| WestCoast Legal | **Citibank, N.A., copy charge, Ref 25310166-01 | 8/19/2013 | $24.15 |
| WestCoast Legal | **AT&T, copy charge, Ref 25310229-01 | 9/20/2013 | $0.45 |
| WestCoast Legal | **AT&T, copy charge, Ref 25310229-03 | 9/20/2013 | $0.75 |
| WestCoast Legal | **AT&T, copy charge, Ref 25310229-04 | 9/20/2013 | $1.50 |
| WestCoast Legal | **AT&T, copy charge, Ref 25310229-05 | 9/20/2013 | $1.20 |
| WestCoast Legal | **AT&T, copy charge, Ref 25310230-04 | 9/20/2013 | $0.60 |
| WestCoast Legal | **AT&T, copy charge, Ref 25310230-05 | 9/23/2013 | $0.75 |
| WestCoast Legal | **AT&T, copy charge, Ref 25310230-06 | 9/18/2013 | $0.15 |
| WestCoast Legal | **AT&T, copy charge, Ref 25310230-07 | 9/18/2013 | $0.30 |
| WestCoast Legal | **AT&T, copy charge, Ref 25310230-08 | 9/18/2013 | $0.30 |
| WestCoast Legal | **Verizon Wireless, copy charge, Ref 25310231-01 | 10/16/2013 | $0.45 |
| WestCoast Legal | **Walgreen Co., copy charge, Ref 25310244-01 | 9/24/2013 | $7.05 |
| WestCoast Legal | **AT&T, copy charge, Ref 25310286-01 | 9/20/2013 | $0.60 |
| WestCoast Legal | **Verizon Wireless, copy charge, Ref 25310306-01 | 9/27/2013 | $0.30 |
| WestCoast Legal | **Verizon Wireless, copy charge, Ref 25310390-02 | 10/21/2013 | $2.25 |
| WestCoast Legal | **Verizon Wireless, copy charge, Ref 25310390-05 | 10/23/2013 | $0.30 |
| Citibank | **Photocopies | 3/2/2018 | $152.25 |
| Citibank | **Citibank, Qty 2 CDs, Ref 4546028-002 | 3/2/2018 | $10.00 |
| **TOTAL** | | | **$339.40** |

Page 1 of 1

# EXHIBIT D-3

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.
USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT D-3**

Trial Exhibits

| Service | Description | Date | Cost |
|---|---|---|---|
| DSU Discovery | Trial Exhibit Binders (4 Sets), Ref 18SF988865 | 3/8/2018 | $3,970.97 |
| **TOTAL** | | | **$3,970.97** |



*San Francisco*

# INVOICE

| Date | Invoice # |
|------|-----------|
| 3/8/2018 | 18SF98865 |

**www.dsudiscovery.com**

**Ask us about Reveal InControl, our online document review tool!**

**Job #: 18SF98865**

| Bill To |
|---------|
| Accounting Department<br>SF City Attorney office<br>Fox Plaza, 1390 Market., 5th Floor<br>San Francisco, CA 94102 |

| Client Ref. # | Terms | Rep | Ordered By |
|---------------|-------|-----|------------|
| 110727 Bui v. CCSF | Net 30 | MGarli | Gene O'Brien |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| EDD:CD Inital Master | 104 | $5.000 | $520.00T |
| EDD:DVD Initial Master | 4 | $10.000 | $40.00T |
| Imaging:Blowback (Staples, Clips, or Tabs) Black & White | 21332 | $0.090 | $1,919.88T |
| Imaging:Blowback Color | 1072 | $0.450 | $482.40T |
| Supplies:3-Ring Binders:3inch | 36 | $9.500 | $342.00T |
| Supplies:3-Ring Binders:4inch | 8 | $12.500 | $100.00T |
| Supplies:CD Sleeve | 108 | $0.250 | $27.00T |
| Supplies:Index Tabs | 1524 | $0.150 | $228.60T |

**OK TO PAY**

File #: _110727_

By: _____
Deputy City Attorney Signature          Date

_____
PRINT NAME (DCA)

By: _____
Team Leader Signature          Date

Unless written notice to the contrary is given to DSU Discovery within 7 days of the receipt of invoice, all services delivered to customer are deemed to have been performed in a satisfactory manner and are accepted by customer.

Send only your payment to the payment address indicated on this invoice. All payments are due within your terms upon your receipt of this invoice. All late payments may be subject to finance charges or other late charge fees assessable against you; provided, however, that such amount shall be automatically reduced to the maximum amount permitted by law if such amount is deemed to be usurious or unlawful. If payments are not received within your terms after invoiced, financing charges and/or late fees may begin to accrue at our option. Please be advised that the person or entity indicated in the address block of this invoice (i.e. you) is/are responsible for any and all payments herein referenced, irrespective of whether such amounts are ultimately posted to the account of your client or other third party.

| | |
|---|---|
| Subtotal: | $3,659.88 |
| Tax(0.085): | $311.09 |

**Customer Signature:**                    **Date:**

| Total: | $3,970.97 |
|--------|-----------|

Tax ID Number:
94-3290448

Please Remit All Payments to: DSU Discovery 268 Bush Street, Suite 2901 San Francisco, CA 94104
Phone: (415) 398-2111 Fax: (415) 398-2221 We Accept All Major Credit Cards!

EXHIBIT D-4

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.
USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT D-4**

Visual Aids

| Service | Description | Date | Cost |
|---|---|---|---|
| LegalVision | Computer Illustrations and mounted color plots, Ref 5566 | 12/22/2017 | $1,793.81 |
| LegalVision | Computer Illustrations and mounted color plots, Ref 5585 | 3/8/2018 | $1,257.93 |
| **TOTAL** | | | **$3,051.74** |

**LegalVision, Inc.**
**100 Pine St., Suite 1250**
**San Francisco, CA 94111**
**(415) 777-8500**

# Invoice

| Bill To: |
| --- |
| Office of the City Attorney |
| 1390 Market St., 6th Floor |
| San Francisco, CA 94102 |
| |
| Attn: Sean Connolly, Esq. |

| Date | Invoice No. |
| --- | --- |
| 03/05/18 | 5585 |

| Terms | Project |
| --- | --- |
| Due on receipt | Bui |

| Description | Quantity | Unit | Rate | Amount |
| --- | --- | --- | --- | --- |
| 36"x48" color enlargement on foamcore (2/9) | 4 | | 179.00 | 716.00T |
| Messenger delivery on 2/12 | 1 | | 37.50 | 37.50 |
| 36"x48" color plot mounted on foamcore (2/16) | 1 | | 179.00 | 179.00T |
| 36"x48" b/w enlargement mounted on foamcore (2/16) | 1 | | 99.00 | 99.00T |
| Messenger delivery on 2/16 | 1 | | 37.50 | 37.50 |
| 36"x48" color plot enlargement on foamcore (2/26) | 1 | | 179.00 | 179.00T |
| Messenger delivery on 2/26 | 1 | | 37.50 | 37.50 |
| discount (10% on material costs) | | | -117.30 | -117.30T |
| CA Sales Tax | | | 8.50% | 89.73 |

| We appreciate your business!  LegalVision is a CA Corp. - Tax ID# 72-1541350 | Total | $1,257.93 |
| --- | --- | --- |

**LegalVision Inc.**
**96 Jessie Street, 3rd Floor**
**San Francisco, CA 94105**
**(415) 777-8500**

# Invoice

| Bill To: |
|----------|
| Office of the City Attorney |
| 1390 Market St., 6th Floor |
| San Francisco, CA 94102 |
| |
| Attn: Sean Connolly, Esq. |

| Date | Invoice No. |
|------|-------------|
| 12/22/17 | 5566 |

| Terms | Project |
|-------|---------|
| Due on receipt | Bui |

| Description | Quantity | Unit | Rate | Amount |
|-------------|----------|------|------|--------|
| Computer illustration on 12/5 | 0.5 | Hour | 175.00 | 87.50 |
| Computer illustration on 12/6 | 2.5 | Hours | 175.00 | 437.50 |
| Computer illustration on 12/8 | 2.75 | Hours | 175.00 | 481.25 |
| Telephone consultation (D. Rosenthal) with attorney (S. Connolly) on 12/11 | 0.25 | Hour | 175.00 | 43.75 |
| Computer illustration on 12/11 | 2.25 | Hours | 175.00 | 393.75 |
| Computer illustration on 12/12 | 1 | Hour | 175.00 | 175.00 |
| Computer illustration on 12/13 | 0.25 | Hour | 175.00 | 43.75 |
| 24"x48" color plot mounted on foamcore | 1 | | 119.00 | 119.00 |
| Messenger delivery on 12/18 | 1 | | 24.21 | 24.21 |
| Discount - 10% on materials | | | -11.90 | -11.90 |

| We appreciate your business!  LegalVision is a CA Corp. - Tax ID# 72-1541350 | Total | $1,793.81 |
|---|---|---|

EXHIBIT E

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.

USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT E**

Fees for witnesses
(** = See Exhibit A-2 for Invoice)

| Service | Witness | Date | Total Fee |
|---|---|---|---|
| (CCSF) | Aaron Li, Deposition Witness Fee | 8/8/2012 | $41.00 |
| (CCSF) | Melina Herrera, Deposition Witness Fee | 8/8/2012 | $41.00 |
| (CCSF) | Simon Pan, Deposition Witness Fee | 8/8/2012 | $41.00 |
| (CCSF) | Marvin Chen, Deposition Witness Fee | 8/8/2012 | $41.00 |
| (CCSF) | Jason Wu, Deposition Witness Fee | 8/8/2012 | $41.00 |
| (CCSF) | Sharon Hong, Deposition Witness Fee | 8/8/2012 | $41.00 |
| (CCSF) | Andrew Kung, Deposition Witness Fee | 8/8/2012 | $41.00 |
| WestCoast Legal | **Marriott International, subpoena service, Ref 25308989-03 | 11/28/2012 | $15.00 |
| WestCoast Legal | **City College of San Francisco, subpoena witness fee, Ref 25308989-01 | 12/5/2012 | $15.00 |
| WestCoast Legal | **SFGH Billing, subpoena witness fee, Ref 25309265-02 | 1/30/2013 | $15.60 |
| WestCoast Legal | **San Francisco Marriott Marquis, subpoena witness fee, Ref 25309180-01 | 2/4/2013 | $15.00 |
| WestCoast Legal | **SFGH, subpoena witness fee, Ref 25309265-01 | 2/27/2013 | $15.00 |
| WestCoast Legal | **USPS, subpoena witness fee, Ref 25308989-02 | 3/22/2013 | $15.00 |
| WestCoast Legal | **Progress Foundation, subpoena witness fee, Ref 25309576-04 | 3/29/2013 | $15.00 |
| WestCoast Legal | **CPMC St. Luke's Billing, subpoena witness fee, Ref 25309576-02 | 3/29/2013 | $15.00 |
| WestCoast Legal | **CPMC St. Luke's Radiology, subpoena witness fee, Ref 25309576-03 | 3/29/2013 | $15.00 |
| WestCoast Legal | **St. Luke's, subpoena witness fee, Ref 25309576-01 | 5/15/2013 | $15.00 |
| WestCoast Legal | **RAMS, subpoena witness fee, Ref 25310036-04 | 7/8/2013 | $15.00 |
| WestCoast Legal | **Social Security Administration, subpoena witness fee, Ref 25309576-05 | 7/17/2013 | $211.00 |
| WestCoast Legal | **Mobile Crisis Treatment Team, subpoena witness fee, Ref 25310028-01 | 7/17/2013 | $15.00 |
| WestCoast Legal | **The Beach Chalet, subpoena witness fee, Ref 25310028-02 | 7/17/2013 | $15.00 |
| WestCoast Legal | **Baker Places, subpoena witness fee, Ref 25310036-01 | 7/17/2013 | $15.00 |
| WestCoast Legal | **Darden Inc, subpoena witness fee, Ref 25310036-02 | 7/17/2013 | $15.00 |
| WestCoast Legal | **Community Vocational Enterprises, subpoena witness fee, Ref 25310036-03 | 7/17/2013 | $15.00 |
| WestCoast Legal | **Walgreen Co., subpoena witness fee, Ref 25310046-01 | 8/1/2013 | $40.00 |
| WestCoast Legal | **Citibank, N.A., subpoena witness fee, Ref 25310166-01 | 8/19/2013 | $35.06 |
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310230-06 | 9/18/2013 | $24.00 |
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310230-07 | 9/18/2013 | $24.00 |
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310230-08 | 9/18/2013 | $24.00 |
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310286-01 | 9/20/2013 | $24.00 |
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310230-04 | 9/20/2013 | $55.00 |
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310229-05 | 9/20/2013 | $24.00 |
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310229-04 | 9/20/2013 | $55.00 |
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310229-03 | 9/20/2013 | $24.00 |
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310229-01 | 9/20/2013 | $24.00 |

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.
USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT E**

Fees for witnesses
(** = See Exhibit A-2 for Invoice)

| Service | Witness | Date | Total Fee |
|---|---|---|---|
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310230-05 | 9/23/2013 | $24.00 |
| WestCoast Legal | **Metro PCS, subpoena witness fee, Ref 25310230-01 | 9/24/2013 | $15.00 |
| WestCoast Legal | **Walgreen Co., subpoena witness fee, Ref 25310244-01 | 9/24/2013 | $55.00 |
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310044-01, including amended request | 9/24/2013 | $48.00 |
| WestCoast Legal | **MetroPCS, subpoena witness fee, Ref 25310321-01 | 9/27/2013 | $15.00 |
| (CCSF) | Nelson Tran, Deposition Witness Fee | 10/8/2013 | $42.00 |
| (CCSF) | Sandra Wong, Deposition Witness Fee | 10/8/2013 | $42.00 |
| (CCSF) | Joanne Gong, Deposition Witness Fee | 10/8/2013 | $42.00 |
| (CCSF) | Jonathan Yan, Deposition Witness Fee | 10/8/2013 | $42.00 |
| (CCSF) | Buu Tran, Deposition Witness Fee | 10/8/2013 | $42.00 |
| (CCSF) | Loi Van Tran, Deposition Witness Fee | 10/8/2013 | $42.00 |
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310390-03 | 10/18/2013 | $15.00 |
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310390-01 | 10/21/2013 | $15.00 |
| WestCoast Legal | **AT&T, subpoena witness fee, Ref 25310390-02 | 10/21/2013 | $24.00 |
| WestCoast Legal | **T-Mobile USA, subpoena witness fee, Ref 25310405-01 | 11/14/2013 | $15.00 |
| (CCSF) | Stanley Shyn, M.D., Ph.D. (Depo, Treating Doctor, 1st hour) | 12/12/2013 | $250.00 |
| (CCSF) | Stanley Shyn, M.D., Ph.D. (Depo, Treating Doctor, 2nd hour) | 12/12/2013 | $250.00 |
| (CCSF) | Stanley Shyn, M.D., Ph.D. (Depo, Treating Doctor, 3rd hour) | 12/12/2013 | $250.00 |
| WestCoast Legal | **T-Mobile USA, subpoena witness fee, Ref 25310535-01 | 1/6/2014 | $15.00 |
| (CCSF) | Roger Clark (Depo, Plaintiff Expert , Fee 2 Hours, 4/10/14 | 4/2/2014 | $700.00 |
| (CCSF) | Roger Clark (Depo, Plaintiff Expert , Travel Expense,  4/10/14 | 4/8/2014 | $150.00 |
| (CCSF) | Joanna Moss, Ph.D. (Depo, Plaintiff Expert, 1st hour) | 4/8/2014 | $700.00 |
| (CCSF) | Paul Hermann, MD (Depo, Plaintiff Expert, Witness Fees) | 1/27/2018 | $1,500.00 |
| (CCSF) | Trial Subpoena Witness Fee, Marvin Chen | 2/5/2018 | $40.00 |
| (CCSF) | Trial Subpoena Witness Fee, Joanne Gong | 2/5/2018 | $40.00 |
| (CCSF) | Trial Subpoena Witness Fee, Sharon Hong | 2/5/2018 | $40.00 |
| (CCSF) | Trial Subpoena Witness Fee, Andrew Kung | 2/5/2018 | $40.00 |
| (CCSF) | Trial Subpoena Witness Fee, Aaron Li | 2/5/2018 | $40.00 |
| (CCSF) | Trial Subpoena Witness Fee, Simon Pan | 2/5/2018 | $40.00 |
| (CCSF) | Trial Subpoena Witness Fee, Sandra Wong | 2/5/2018 | $40.00 |
| (CCSF) | Trial Subpoena Witness Fee, Jason Wu | 2/5/2018 | $40.00 |
| (CCSF) | Trial Subpoena Witness Fee, Jonathan Yan | 2/5/2018 | $40.00 |
| (CCSF) | Trial Subpoena Witness Fee, Vincent Chen | 2/6/2018 | $40.00 |
| (CCSF) | Trial Subpoena Witness Fee, Nelson Tran | 2/8/2018 | $40.00 |
| WestCoast Legal | **Citibank, N.A., subpoena witness Fee, Ref 25T16483-01 | 3/28/2018 | $40.00 |
| WestCoast Legal | **Social Security Administration, subpoena witness fee, Ref 25T16417-01 | 3/28/2018 | $40.00 |
| Citibank | Subpoena Witness Fee (research), Ref 4546028-001 | 3/2/2018 | $23.75 |
| Citibank | Subpoena Witness Fee (research), Ref 4546028-002 | 3/2/2018 | $43.75 |
| **TOTAL** | | | **$5,972.16** |

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:          Date:  **Thursday, August 9, 2012**          Time:  **1:00 pm**

MAKE CHECK PAYABLE TO:    **Aaron Li**

Address:  **1140 Silliman Street**

**San Francisco, CA  94134**

Tax ID or SS#:  **[#]**

IN THE AMOUNT OF:     $  **41.00**

Plaintiff's Expert?  ☐ Yes      ☐ No

FOR:      ☐ See attached.  **Deposition Witness Fees**

CHARGE TO:            Case Name:  **Chien van Bui, et al. v. CCSF**

Court Number:  **11-cv-4189 LB**

File Number:  **110727**

Department:  **SFPD**

WHEN CHECK IS READY CALL:     Name:  **Anita M.**

Number:  **4-3983**

Dated:  **Tuesday, August 07, 2012**        REQUESTED BY:

_____ , Deputy City Attorney
Sean F. Connolly

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:          Date: _____**Thursday, August 9, 2012**_____  Time: __**1:00 pm**__

MAKE CHECK PAYABLE TO:   **Melina Herrera**
                Address: **629 Bacon Street**
                         **San Francisco, CA 94134**

          Tax ID or SS#: **[#]**

IN THE AMOUNT OF:    $ **41.00**
          **Plaintiff's Expert?**  ☐ **Yes**      ☐ **No**

FOR:    ☐ See attached.  **Deposition Witness Fees**

CHARGE TO:                Case Name: **Chien van Bui, et al. v. CCSF**
                       Court Number: **11-cv-4189 LB**
                        File Number: **110727**
                         Department: **SFPD**

WHEN CHECK IS READY CALL:    Name: **Anita M.**
                           Number: **4-3983**

Dated:  **Tuesday, August 07, 2012**        REQUESTED BY:

                                   _____ , Deputy City Attorney
                                   Sean F. Connolly



CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:        Date:    __Thursday, August 9, 2012__        Time: __1:00 pm__

MAKE CHECK PAYABLE TO:   __Simon Pan__

Address:  __208 Lathrop Avenue__

__San Francisco, CA  94134__

Tax ID or SS#:  __[#]__

IN THE AMOUNT OF:    $ __41.00__

Plaintiff's Expert?  ☐ Yes    ☐ No

FOR:    ☐ See attached.  __Deposition Witness Fees__

CHARGE TO:          Case Name:  __Chien van Bui, et al. v. CCSF__

Court Number:  __11-cv-4189 LB__

File Number:  __110727__

Department:  __SFPD__

WHEN CHECK IS READY CALL:      Name:  __Anita M.__

Number:  __4-3983__

Dated:  __Tuesday, August 07, 2012__        REQUESTED BY:

_____ , Deputy City Attorney
__Sean F. Connolly__

CITY AND COUNTY OF SAN FRANCISCO                OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:        Date: ___**Thursday, August 9, 2012**___   Time: __**1:00 pm**__

MAKE CHECK PAYABLE TO:   **Marvin Chen**

Address:  **320 Williams Avenue, Apt. B**

**San Francisco, CA  94124**

Tax ID or SS#:  **[#]**

IN THE AMOUNT OF:   $  **41.00**

Plaintiff's Expert?  ☐ **Yes**      ☐ **No**

FOR:     ☐ See attached.  **Deposition Witness Fees**

CHARGE TO:          Case Name:  **Chien van Bui, et al. v. CCSF**

Court Number:  **11-cv-4189 LB**

File Number:  **110727**

Department:  **SFPD**

WHEN CHECK IS READY CALL:    Name:  **Anita M.**

Number:  **4-3983**

Dated:  **Tuesday, August 07, 2012**      REQUESTED BY:

_____ , Deputy City Attorney
Sean F. Connolly

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:        Date:        **Thursday, August 9, 2012**        Time:  **1:00 pm**

MAKE CHECK PAYABLE TO:     **Jason Wu**

Address:  **59 Somerset**

**San Francisco, CA  94134**

Tax ID or SS#:   **[#]**

IN THE AMOUNT OF:     **$  41.00**

Plaintiff's Expert?    ☐  Yes        ☐  No

FOR:        ☐ See attached.   **Deposition Witness Fees**

CHARGE TO:            Case Name:   **Chien van Bui, et al. v. CCSF**

Court Number:  **11-cv-4189 LB**

File Number:  **110727**

Department:  **SFPD**

WHEN CHECK IS READY CALL:       Name:  **Anita M.**

Number:  **4-3983**

Dated:  **Tuesday, August 07, 2012**          REQUESTED BY:

_____ , Deputy City Attorney

**Sean F. Connolly**



CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE CITY ATTORNEY

DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:      Date: __Thursday, August 9, 2012__      Time: __1:00 pm__

MAKE CHECK PAYABLE TO:   __Sharon Hong__

Address:   __321 Ordway Street__

__San Francisco, CA  94134__

Tax ID or SS#:   __[#]__

IN THE AMOUNT OF:      $ __41.00__

Plaintiff's Expert?   ☐ Yes      ☐ No

FOR:      ☐ See attached.   __Deposition Witness Fees__

CHARGE TO:      Case Name:   __Chien van Bui, et al. v. CCSF__

Court Number:   __11-cv-4189 LB__

File Number:   __110727__

Department:   __SFPD__

WHEN CHECK IS READY CALL:      Name:   __Anita M.__

Number:   __4-3983__

Dated:   __Tuesday, August 07, 2012__      REQUESTED BY:

_____ , Deputy City Attorney
Sean F. Connolly



CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:          · Date:  __Thursday, August 9, 2012__        Time:  __1:00 pm__

MAKE CHECK PAYABLE TO:    __Andrew Kung__

              Address:  __355 Mansekk Street__ .

                        __San Francisco, CA  94134__

          Tax ID or SS#:  __[#]__

IN THE AMOUNT OF:      $  __41.00__ .

        Plaintiff's Expert?  ☐ Yes      ☐ No

FOR:      ☐ See attached.  __Deposition Witness Fees__

CHARGE TO:              Case Name:  __Chien van Bui, et al. v. CCSF__

                        Court Number:  __11-cv-4189 LB__

                        File Number:  __110727__

                        Department:  __SFPD__

WHEN CHECK IS READY CALL:      Name:  __Anita M.__

                            Number:  __4-3983__

Dated:  __Tuesday, August 07, 2012__        REQUESTED BY:

                              _____ , Deputy City Attorney
                              Sean F. Connolly

CITY AND COUNTY OF SAN FRANCISCO          OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:        Date: _____ **Thursday, October 10, 2013** _____   Time: _1:00 pm_

MAKE CHECK PAYABLE TO:   **Nelson Tran**
             Address:  **455 Goettingen Street**
                   **San Francisco, CA  94134**

        Tax ID or SS#:  **[#]**

IN THE AMOUNT OF:   **$** _42.00_
        **Plaintiff's Expert?**  ☐ Yes     ☐ No

FOR:    ☐ See attached.  **Deposition Witness Fees**

CHARGE TO:             Case Name:  **Chien van Bui, et al. v. CCSF**
                 Court Number:  **11-cv-4189 LB**
                  File Number:  **110727**
                  Department:  **SFPD**

WHEN CHECK IS READY CALL:   · Name:  **Anita M.**
                   Number:  **4-3983**

Dated:  **Friday, October 04, 2013**      REQUESTED BY:

                              _____ , Deputy City Attorney
                              Sean F. Connelly

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:        Date: ___**Thursday, October 10, 2013**___    Time: **1:00 pm**

MAKE CHECK PAYABLE TO:    **Sandra Wong**

Address: **219 Goettingen Street**

**San Francisco, CA  94134**

Tax ID or SS#: **[#]**

IN THE AMOUNT OF:    $ **42.00**

Plaintiff's Expert?    ☐ Yes    ☒ No

FOR:    ☐ See attached.    **Deposition Witness Fees**

CHARGE TO:        Case Name: **Chien van Bui, et al. v. CCSF**

Court Number: **11-cv-4189 LB**

File Number: **110727**

Department: **SFPD**

WHEN CHECK IS READY CALL:        Name: **Anita M.**

Number: **4-3983**

Dated:  **Friday, October 04, 2013**        REQUESTED BY:

_____ , Deputy City Attorney

Sean F. Connolly

CITY AND COUNTY OF SAN FRANCISCO                          OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:         Date:  __Thursday, October 10, 2013__        Time:  __1:00 pm__

MAKE CHECK PAYABLE TO:   __Joanne Gong__

Address:  __1851 Palou Avenue__

__San Francisco, CA  94134__

Tax ID or SS#:  __[#]__

IN THE AMOUNT OF:     $  __42.00__

Plaintiff's Expert?    ☐  Yes        ☒  No

FOR:      ☐ See attached.  __Deposition Witness Fees__

CHARGE TO:              Case Name:  __Chien van Bui, et al. v. CCSF__

Court Number:  __11-cv-4189 LB__

File Number:  __110727__

Department:  __SFPD__

WHEN CHECK IS READY CALL:     Name:  __Anita M.__

Number:  __4-3983__

Dated:  __Friday, October 4, 2013__         REQUESTED BY:

_____ , Deputy City Attorney
Sean F. Connolly

CITY AND COUNTY OF SAN FRANCISCO                OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:        Date:  __Thursday, October 10, 2013__        Time: __1:00 pm__

MAKE CHECK PAYABLE TO:   __Jonathan Yan__

Address: __647 Felton Street__

__San Francisco, CA 94134__

Tax ID or SS#: __[#]__

IN THE AMOUNT OF:   $ __42.00__

Plaintiff's Expert?  ☐ Yes      ☒ No

FOR:   ☐ See attached.  __Deposition Witness Fees__

CHARGE TO:             Case Name: __Chien van Bui, et al. v. CCSF__

Court Number: __11-cv-4189 LB__

File Number: __110727__

Department: __SFPD__

WHEN CHECK IS READY CALL:   Name: __Anita M.__

Number: __4-3983__

Dated: __Friday, October 4, 2013__        REQUESTED BY:

_____, Deputy City Attorney

Sean F. Connolly

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

### ☒ RUSH!!

CHECK NEEDED BY:        Date: ___ **Monday, October 21, 2013** ___   Time: __1:00 pm__

MAKE CHECK PAYABLE TO:   **Buu H. Tran** _____

         *Address:* **455 Goettingen Street** _____

                  **San Francisco, CA  94134** _____

      *Tax ID or SS#:* **[#]** _____

IN THE AMOUNT OF:      $  **42.00** _____

         **Plaintiff's Expert?**   ☐  Yes      ☐  No

FOR:        ☐ See attached.  **Deposition Witness Fees** _____

CHARGE TO:              *Case Name:* **Chien van Bui, et al. v. CCSF** _____

                  *Court Number:* **11-cv-4189 LB** _____

                  *File Number:* **110727** _____

                  *Department:* **SFPD** _____

WHEN CHECK IS READY CALL:      *Name:* **COLLEEN GARRETT** _____

                  *Number:* **4-3934** _____

Dated:  **Friday, October 18, 2013**      REQUESTED BY:

                                    _____ , Deputy City Attorney
                              Sean F. Connolly

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:        Date:        **Monday, October 21, 2013**        Time: **1:00 pm**

MAKE CHECK PAYABLE TO:    **Loi Van Tran**

Address:   **455 Goettingen Street**

**San Francisco, CA  94134**

Tax ID or SS#:   **[#]**

IN THE AMOUNT OF:    $  **42.00**

Plaintiff's Expert?   ☐  Yes       ☐  No

FOR:       ☐ See attached.   **Deposition Witness Fees**

CHARGE TO:          Case Name:  **Chien van Bui, et al. v. CCSF**

Court Number:  **11-cv-4189 LB**

File Number:  **110727**

Department:  **SFPD**

WHEN CHECK IS READY CALL:     Name:  **COLLEEN GARRETT**

Number:  **4-3934**

Dated:  **Friday, October 18, 2013**     REQUESTED BY:

_____ , Deputy City Attorney
**Sean F. Connolly**

n:\lit\li2012\110727\00880077.doc

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:        Date: __Monday, December 9, 2013__     Time: __1:00 pm__

MAKE CHECK PAYABLE TO:   __Stanley Shyn, MD Ph.D__

Address:   __9206 234th Place, SW__

__Edmonds, WA 98020__

Tax ID or SS#: ▓▓▓▓▓▓▓

IN THE AMOUNT OF:   $ __1,000 (4 checks @ $250 each)__

Plaintiff's Expert?   ☐ Yes   ☒ No

FOR:   ☐ See attached.   __Deposition Witness Fees; treating doctor__

CHARGE TO:   Case Name: __Chien van Bui, et al. v. CCSF__

Court Number: __11-cv-4189 LB__

File Number: __110727__

Department: __SFPD__

WHEN CHECK IS READY CALL:   Name: __Anita M.__

Number: __4-3983__

Dated: __Wednesday, December 04, 2013__   REQUESTED BY:

_____, Deputy City Attorney

__Sean F. Connolly__

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☐ RUSH!!

CHECK NEEDED BY:        Date: ____ **Thursday, April 3, 2014** ____   Time: _**1:00 pm**_

MAKE CHECK PAYABLE TO:   **Roger A. Clark**

Address: **10207 Molino Road**

**Santee, CA  92071**

Tax ID or SS#: ▨

IN THE AMOUNT OF:   $ **1,050 (1 check @ $700 and 1 check @ $350)**

Plaintiff's Expert?  ☒ **Yes**    ☐ **No**

FOR:    ☐ See attached.  **Expert Deposition Witness Fees (April 10, 2014)**

CHARGE TO:         Case Name: **Chien van Bui, et al. v. CCSF**

Court Number: **11-cv-4189 LB**

File Number: **110727**

Department: **SFPD**

WHEN CHECK IS READY CALL:   Name: **Anita M.**

Number: **4-3983**

Dated:  **Tuesday, April 1, 2014**        REQUESTED BY:

_____ , Deputy City Attorney

**Sean F. Connolly**

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

☐ **RUSH!!**

CHECK NEEDED BY:        Date: _____**Thursday, April 3, 2014**_____    Time: **1:00 pm**

MAKE CHECK PAYABLE TO:    **Roger A. Clark**
                   Address:  **10207 Molino Road**
                         **Santee, CA  92071**

            Tax ID or SS#:    [redacted]

IN THE AMOUNT OF:        $  **150 (travel expense)**
            Plaintiff's Expert?  ☒ Yes    ☐ No

FOR:        ☐ See attached.   **Expert Deposition Witness Travel Fee (April 10, 2014)**

CHARGE TO:                Case Name: **Chien van Bui, et al. v. CCSF**
                  Court Number: **11-cv-4189 LB**
                   File Number: **110727**
                   Department: **SFPD**

WHEN CHECK IS READY CALL:      Name: **Anita M.**
                     Number: **4-3983**

Dated:  **Wednesday, April 2, 2014**      REQUESTED BY:

                                    _____, Deputy City Attorney
                              Sean F. Connolly

CITY AND COUNTY OF SAN FRANCISCO          OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

☐ **RUSH!!**

CHECK NEEDED BY:          Date:        **Thursday, April 3, 2014**        Time:  **1:00 pm**

MAKE CHECK PAYABLE TO:    **Joanna Moss, Ph.D**

Address:  **5 Montrose Road**

**Berkeley, CA  94707**

Tax ID or SS#:  5▬▬▬▬▬

IN THE AMOUNT OF:    **$  1,400 (2 checks @ $700 each)**

Plaintiff's Expert?    ☒  Yes        ☐  No

FOR:    ☐ See attached.    **Expert Deposition Witness Fees**

CHARGE TO:              Case Name:  **Chien van Bui, et al. v. CCSF**

Court Number:  **11-cv-4189 LB**

File Number:  **110727**

Department:  **SFPD**

WHEN CHECK IS READY CALL:    Name:  **Anita M.**

Number:  **4-3983**

Dated:  **Monday, March 10, 2014**        REQUESTED BY:

_____, Deputy City Attorney
Donald P. Margolis

**PAUL W. HERRMANN, M.D.**

FORENSIC PATHOLOGIST AND MEDICAL-LEGAL CONSULTANT
P.O. BOX 6187
SAN RAFAEL, CA 94903

TELEPHONE : 415-492-0928
FAX : 415-492-1610

A Professional Corporation

DIPLOMATE: AMERICAN BOARD OF PATHOLOGY
ANATOMIC/CLINICAL/FORENSIC PATHOLOGY

City and County of San Francisco
Office of the City Attorney
1390 Market St., 7th Floor
San Francisco, CA

| | |
|---|---|
| Date | 1/27/2018 |
| Invoice # | PWH 14-004 |

Case            CV 11-4189 LB

| Description | Hours | Rate | Date | Amount |
|---|---|---|---|---|
| deposition  Case CV 11-4189 LB PWH case 14-004 | 3 | 500.00 | | 1,500.00 |

*Paid 1/22/18*   *checks 0055486 & 0055487*

| | |
|---|---|
| **Total Invoice** | **$1,500.00** |

CITY AND COUNTY OF SAN FRANCISCO       OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:      Date: _____**ASAP**_____    Time: _____

MAKE CHECK PAYABLE TO:    **Marvin Chen** _____

Address:   **320 Williams Avenue, Apt. B** _____

       **San Francisco, CA  94124** _____

Tax ID or SS#:   **[#]** _____

IN THE AMOUNT OF:    $   **40.00 (plus transportation)** _____

Plaintiff's Expert?   ☐ Yes     ☒ No

FOR:    ☐ See attached.   **Trial Subpoena Fee** _____

CHARGE TO:          Case Name:   **Chien van Bui, et al. v. CCSF** ____

           Court Number:   **11-cv-4189 LB** _____

           File Number:   **110727** _____

           Department:   **SFPD** _____

WHEN CHECK IS READY CALL:      Name:   **Anita M.** _____

           Number:   **4-3983** _____

Dated:   **Monday, February 5, 2018**     REQUESTED BY:

_____ , Deputy City Attorney
**Sean F. Connolly**

CITY AND COUNTY OF SAN FRANCISCO             OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:          Date: _____ **ASAP** _____    Time: _____

MAKE CHECK PAYABLE TO:    **Joanne Gong**

Address:  **1851 Palou Avenue**

**San Francisco, CA  94134**

Tax ID or SS#:  **[#]**

IN THE AMOUNT OF:    **$   40.00 (plus transportation)**

Plaintiff's Expert?  ☐  Yes    ☒  No

FOR:    ☒ See attached.   **Trial Subpoena Fee**

CHARGE TO:              Case Name:  **Chien van Bui, et al. v. CCSF**

Court Number:  **11-cv-4189 LB**

File Number:  **110727**

Department:  **SFPD**

WHEN CHECK IS READY CALL:     Name:  **Anita M.**

Number:  **4-3983**

Dated:  **Monday, February 5, 2018**      REQUESTED BY:

_____ , Deputy City Attorney
**Sean F. Connolly**



CITY AND COUNTY OF SAN FRANCISCO                OFFICE OF THE CITY ATTORNEY

DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:          Date: _____ **_ASAP_** _____    Time: _____

MAKE CHECK PAYABLE TO:    **Sharon Hong**
                Address:   **321 Ordway Street**
                           **San Francisco, CA  94134**

        Tax ID or SS#:   **[#]**

IN THE AMOUNT OF:    **$   40.00 (plus transportation)**

            Plaintiff's Expert?   ☐   Yes        ☒   No

FOR:        ☐ See attached.   **Trial Subpoena Fee**

CHARGE TO:                 Case Name:   **Chien van Bui, et al. v. CCSF**
                        Court Number:   **11-cv-4189 LB**
                         File Number:   **110727**
                          Department:   **SFPD**

WHEN CHECK IS READY CALL:          Name:   **Anita M.**
                                 Number:   **4-3983**

Dated:   **Monday, February 5, 2018**         REQUESTED BY:

                                        _____ , Deputy City Attorney
                                        Sean F. Connolly

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:          Date: _____ **ASAP** _____        Time: _____

MAKE CHECK PAYABLE TO:    **Andrew Kung** _____

Address:   **750 Goettingen Street** _____

**San Francisco, CA  94134** _____

Tax ID or SS#:   **[#]** _____

IN THE AMOUNT OF:      **$   40.00 (plus transportation)** _____

**Plaintiff's Expert?**   ☐  Yes        ☒  No

FOR:        ☐ See attached.   **Trial Subpoena Fee** _____

CHARGE TO:                   Case Name:   **Chien van Búi, et al. v. CCSF** _____

Court Number:   **11-cv-4189 LB** _____

File Number:   **110727** _____

Department:   **SFPD** _____

WHEN CHECK IS READY CALL:       Name:   **Anita M.** _____

Number:   **4-3983** _____

Dated:   **Monday, February 5, 2018**        REQUESTED BY:

_____ , Deputy City Attorney
Sean F. Connolly

CITY AND COUNTY OF SAN FRANCISCO                OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:          Date: _____ **ASAP** _____   Time: _____

MAKE CHECK PAYABLE TO:   **Aaron Li** _____

         Address:   **1140 Silliman Street** _____

                  **San Francisco, CA  94134** _____

     Tax ID or SS#:   **[#]** _____

IN THE AMOUNT OF:   **$ 40.00** _____

     **Plaintiff's Expert?**  ☐ Yes     ☒ No

FOR:   ☐ See attached.   **Trial Subpoena Fee** _____

CHARGE TO:

         Case Name:   **Chien van Bui, et al. v. CCSF** _____

     Court Number:   **11-cv-4189 LB** _____

      File Number:   **110727** _____

      Department:   **SFPD** _____

WHEN CHECK IS READY CALL:   Name:   **Anita M.** _____

             Number:   **4-3983** _____

Dated:   **Monday, February 5, 2018**      REQUESTED BY:

_____ , Deputy City Attorney
Sean F. Connolly



CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:          Date: _____ Time: _____

MAKE CHECK PAYABLE TO:    **Simon Pan** _____

        Address:  **208 Lathrop Avenue** _____

                  **San Francisco, CA  94134** _____

    Tax ID or SS#:  **[#]** _____

IN THE AMOUNT OF:    $  **40.00 (plus transportation)** _____

        Plaintiff's Expert?  ☐  Yes     ☒  No

FOR:     ☐ See attached.  **Trial Subpoena Fee** _____

CHARGE TO:                Case Name:   **Chien van Bui, et al. v. CCSF**

                          Court Number:  **11-cv-4189 LB**

                          File Number:  **110727**

                          Department:  **SFPD**

WHEN CHECK IS READY CALL:    Name:  **Anita M.**

                            Number:  **4-3983**

Dated:   **Monday, February 5, 2018**      REQUESTED BY:

                                           _____ , Deputy City Attorney
                                           Sean F. Connolly

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:          Date: _____ **ASAP** _____     Time: _____

MAKE CHECK PAYABLE TO:   **Sandra Wong** _____

          Address:   **219 Goettingen Street** _____

          **San Francisco, CA  94134** _____

   Tax ID or SS#:   **[#]** _____

IN THE AMOUNT OF:   **$   40.00 (plus transportation)** _____

   Plaintiff's Expert?   ☐ Yes      ☒ No

FOR:      ☐ See attached.   **Trial Subpoena Fee** _____

CHARGE TO:               Case Name:   **Chien van Bui, et al. v. CCSF** _____

          Court Number:   **11-cv-4189 LB** _____

          File Number:   **110727** _____

          Department:   **SFPD** _____

WHEN CHECK IS READY CALL:     Name:   **Anita M.** _____

          Number:   **4-3983** _____

Dated:   **Monday, February 5, 2018**     REQUESTED BY:

                                    _____ , Deputy City Attorney
                                    Sean F. Connolly

CITY AND COUNTY OF SAN FRANCISCO         OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:       Date: _____ **ASAP** _____   Time: _____

MAKE CHECK PAYABLE TO:  **Jason Wu**

            Address:  **59 Somerset Street**

                  **San Francisco, CA  94134**

      Tax ID or SS#:  **[#]**

IN THE AMOUNT OF:   **$  40.00 (plus transportation)**

        Plaintiff's Expert?  ☐ Yes   ☒ No

FOR:    ☐ See attached.  **Trial Subpoena Fee**

CHARGE TO:          Case Name:  **Chien van Bui, et al. v. CCSF**

              Court Number:  **11-cv-4189 LB**

               File Number:  **110727**

              Department:  **SFPD**

WHEN CHECK IS READY CALL:    Name:  **Anita M.**

                      Number:  **4-3983**

Dated:  **Monday, February 5, 2018**    REQUESTED BY:

_____, Deputy City Attorney

Sean F. Connolly

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:          Date: _____**ASAP**_____     Time: _____

MAKE CHECK PAYABLE TO:    **Jonathan Yan**_____

Address:  **647 Felton Street**_____

**San Francisco, CA  94134**_____

Tax ID or SS#:   **[#]**_____

IN THE AMOUNT OF:     $  **40.00 (plus transportation)**_____

Plaintiff's Expert?   ☐  Yes        ☒  No

FOR:     ☐ See attached.   **Trial Subpoena Fee**_____

CHARGE TO:                Case Name:  **Chien van Bui, et al. v. CCSF**_____

Court Number:  **11-cv-4189 LB**_____

File Number:  **110727**_____

Department:  **SFPD**_____

WHEN CHECK IS READY CALL:       Name:  **Anita M.**_____

Number:  **4-3983**_____

Dated:  **Monday, February 5, 2018**          REQUESTED BY:

_____ , Deputy City Attorney
Sean F. Connolly



CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

### ☒ RUSH!!

CHECK NEEDED BY:          Date: _____ **ASAP** _____     Time: _____

MAKE CHECK PAYABLE TO:   **Vincent Chen**

              Address:   **2229 Cayuga Avenue**

                         **San Francisco, CA  94112**

         Tax ID or SS#:  **[#]**

IN THE AMOUNT OF:   **$   40.00 (plus transportation)**

      Plaintiff's Expert?   ☐ Yes      ☒ No

FOR:      ☐ See attached.   **Trial Subpoena Witness Fee**

CHARGE TO:                 Case Name:   **Chien van Bui, et al. v. CCSF**

                         Court Number:  **11-cv-4189 LB**

                          File Number:  **110727**

                          Department:   **SFPD**

WHEN CHECK IS READY CALL:     Name:   **Anita M.**

                            Number:  **4-3983**

Dated:   **Tuesday, February 6, 2018**     REQUESTED BY:

                                          _____ , Deputy City Attorney
                                          Sean F. Connolly



CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:          Date: _____ **ASAP** _____          Time: _____

MAKE CHECK PAYABLE TO:    **Nelson Tran**
            Address:  **455 Goettingen Street**
                      **San Francisco, CA  94134**

        Tax ID or SS#:  **[#]**

IN THE AMOUNT OF:    $  **40.00 (plus transportation)**
        Plaintiff's Expert?  ☐ Yes      ☒ No

FOR:      ☐ See attached.  **Trial subpoena witness Fee**

CHARGE TO:              Case Name:  **Chien van Bui, et al. v. CCSF**
                      Court Number:  **11-cv-4189 LB**
                      File Number:  **110727**
                      Department:  **SFPD**

WHEN CHECK IS READY CALL:      Name:  **Anita M.**
                      Number:  **4-3983**

Dated:  **Tuesday, February 8, 2018**      REQUESTED BY:

_____ , Deputy City Attorney
Sean F. Connolly

# Citi

# Invoice

Subpoena Compliance Unit
701 E. 60th St., N.
Mail Code 1251
Sioux Falls, SD  57117

Invoice #:  4546028-001
Invoice Date: March 2, 2018

Bill To:
Sean F Connolly
San Francisco City Attorney's Office
1390 Market St, 6th Floor
San Francisco, CA 94102

Re:   Chien Van Bui & Al Huynh, individually & as successors in interest to Estate of Vinh  Van Bui v. City and County
of San Francisco, et al   Civil Action No. 11-4189 LB

| Quantity of Records | Description of Records | Unit Price | Billable Amount |
|---|---|---|---|
| 609 | Photocopies | $0.25/copy | $152.25 |
| .95 hours | Research | $25.00/Hour | $23.75 |
| 1 | UPS OVERNIGHT | | $12.35 |

| | |
|---|---|
| Total Billed: | $188.35 |
| Credit Received: | |
| | |
| Total Due: | $188.35 |

*Please remit to:*

Citi Subpoena Compliance Unit
701 E. 60th St., N.
Mail Code 1251
Sioux Falls, SD  57117

*Please include a copy of this invoice with the payment.*

Tax I.D. No 06-1562865

# Citi

# Invoice

Subpoena Compliance Unit
701 E. 60th St., N.
Mail Code 1251
Sioux Falls, SD  57117

Invoice #: 4546028-002
Invoice Date: 3/2/2018

Bill To:   Sean Connolly
           San Francisco City Attorney's Office
           1390 Market St, 6th Floor
           San Francisco, CA 94102

Regarding the matter of:  City & County of San Francisco et al vs. Chien Van Bui & Ai Huynh
                          Action no. CV 11-4189 LB

| Quantity of Records | Description of Records | Unit Price | Billable Amount |
|---|---|---|---|
| 2 | CD | $5.00/disk | $10.00 |
| | Copies | $0.25/Copy | |
| 1 hour 45 min | Research | $25.00/hour | $43.75 |
| 2 | UPS | $4.69/each | $9.38 |

| | |
|---|---|
| Total Billed: | $63.13 |
| Credit Received: | |
| | |
| Total Due: | $63.13 |

*Please remit to:*

Citigroup Management Corp.
Subpoena Compliance Unit – **CMI**
701 E. 60th St., N.
Mail Code 1251
Sioux Falls, SD  57117

*Please include a copy of this invoice with the payment.*

Tax I.D. No 06-1562865

EXHIBIT F-3

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.

USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT F-3**

Compensation of interpreters & costs of special interpretation services
under 28 U.S.C. 1828

| Interpreter | Date | Fee |
|---|---|---|
| MultiLingua, Depo, Vietnamese Interpretation, Chien Van Bui, 4 Hrs. | 12/23/2013 | $700.00 |
| **TOTAL** | | **$700.00** |

# MultiLingua

20 Lee Street, Suite 1005- Oakland, CA 94610

Tel: (510) 893-2183 - Fax: (510) 444-2816

# INVOICE

## Interpreter Services

TAX ID: ▮▮▮▮▮

**To:** Office of the City Attorney
1390 Market St., 7th Floor
San Francisco, CA 94102

| | |
|---|---|
| **INVOICE #:** | **13120065** |
| **INVOICE DATE:** | **12/23/2013** |

**Attn:**

| | |
|---|---|
| **Case Name:** | **Chien Van Bui vs CCSF** |
| **Case Number:** | USDC No. 11-cv-4189 LB |
| **Date of Service:** | 12/5/2013 |
| **Time:** | 1:00 PM - 5:00 PM |

**Interpreter Services Location:**

Law Office of the City Attorney
1390 Market Street, 7th Floor
San Francisco, CA

| Language: | Vietnamese | Minimum Time Provision: | | 3 Hours Minimum |
|---|---|---|---|---|
| **Description:** | | **Assignment Hours:** | **Rate $/hr:** | **Amount $:** |
| Deposition | | 4      hrs | $.175.00 | $    700.00 |

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Total Balance** | **$700.00** |

*Thank you for your business*

*Fees pursuant to the California Judicial Council & Title 8, California Code of Regulation. Regs 9795.3 & 5811*

## Make Checks Payable to MultiLingua Upon Receipt

**Terms: Payment due upon receipt. If payment is not received within 60 days of the date of this invoice penalties & interests accrue and a petition will be filed in Court.**

EXHIBIT G-1

CHIEN VAN BUI AND AI HUYNH vs. CITY AND COUNTY OF SAN FRANCISCO, et al.

USDC Northern District of California No. 11-cv-04189 LB

BILL OF COSTS WORKSHEET

**EXHIBIT G-1**

Costs on Appeal

| Filing | Date | Fee |
|---|---|---|
| Docketing Fee for Appeal | 8/15/2014 | $505.00 |
| Copies, Excerpts of Record, Digital One Ref SF15-020103 | 2/13/2015 | $2,238.78 |
| 9th Circuit Court Service and Box Charge, Freewheeling Ref 66731 | 2/17/2015 | $62.50 |
| **TOTAL** | | **$2,806.28** |

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

## CITY AND COUNTY OF SAN FRANCISCO

BANK OF AMERICA, N.T. & S.A.
San Francisco, CA

PAYABLE AT ANY BANK IF PRESENTED WITHIN NINETY DAYS

1600  4400700

1600   -04400700        11-35
DATE                    1210

08/21/2014

FIVE HUNDRED FIVE DOLLARS AND NO CENTS

AMOUNT

$  ********505.00

TO THE
ORDER OF

U S DISTRICT COURT
P O BOX 36060
SAN FRANCISCO CA 94102



CONTROLLER

⑈600440070⑈ ⑆121000358⑆

| 53152 | 01 | 08/21/2014 | 1600 | 04400700 |

OCUMENT NUMBER    DOC REF NUMBER                          AMOUNT
ESCRIPTION
RCT1500009401                                              505.00
CT081914*DOCKET FEE C11-4189/110727

08/21/2014                                        505.00

U S DISTRICT COURT
P O BOX 36060
SAN FRANCISCO CA 94102

02-1600-11/08                    DETACH BEFORE DEPOSITING



**Legal Solutions**

# Invoice

**Invoice Number**
**SF15-020103**

7 Battery Street, Suite 200
San Francisco, CA  94111

| Phone: | 415-986-0111 |
|---|---|
| Fax: | 415-986-0633 |
| Tax I.D.# | 94-3173178 |

Invoice Date
Feb 13, 2015

**Bill To:** **Office of the City Attorney of**
**San Francisco City Hall**
**1 DR. Carlton B.Goodlett Place**
**San Francisco, CA  94102**
**U.S.**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 110727 | Copy x 5/ x 8 | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Donald Canunio | Pamela Cheeseborough | 2/12/15 | 2/17/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2,849 | 5 & 8 Copy Sets of Light Litigation | 0.1000 | 284.90 |
| 2,255 | 5 & 8 Copy Sets of Color, Letter Size | 0.7500 | 1,691.25 |
| 33 | Velo Binds, Blue & White | 2.5000 | 82.50 |
| | Case Name: Bui V. CCSF | | |

OK TO PAY
FILE#: 110727
BY:
Date

| | |
|---|---|
| Subtotal | 2,058.65 |
| Sales Tax | 180.13 |
| Total Invoice Amount | 2,238.78 |
| Payment/Credit Applied | |
| **TOTAL** | **2,238.78** |

Received By: _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*


P.O. Box #78154
San Francisco, California 94107
(415) 278-9978 Fax (415) 278-9918



**INVOICE**
Invoice No. 66731

**Invoice Date:** February 17, 2015
**Client Code:** CA284

OFFICE OF THE CITY ATTORNEY
Attn: CHRISTINE VAN AKEN SB#241755
1390 MARKET ST., SIXTH FLOOR
SAN FRANCISCO, CA      94102

**Reference #:** 110727
**Case No:** 14-16585
**Court:** UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
**Plaintiff:** CHIEN VAN BUI AND AI HUYNH,
**Defendant:** CITY AND COUNTY OF SAN FRANCISCO, et al.,

**Document(s):** OPENING BRIEF, EXCERPTS OF RECORD VOL 1-4

**Report:** LODGED 2 BOXES OF DOCUMENTS & RETURNED RECEIVED STAMPED COPIES.

| Services Performed: | Qty | Price each | Total |
|---|---|---|---|
| Box Charge | 2 | $10.00 | $20.00 |
| US Court of Appeals 9th Circuit Court Service | 1 | $42.50 | $42.50 |
| | | **Fee Advance:** | $0.00 |
| | | **Fee Advance Charge:** | $0.00 |


OK TO PAY
FILE #:
BY:
Date

| **TOTAL INVOICE:** | $62.50 |
|---|---|
| **PAYMENT(S):** | $0.00 |
| **AMOUNT DUE:** | $62.50 |

Terms: Net 30 days