Andrew C. Schwartz (SBN 64578) (schwartz@cmslaw.com)
Adam M. Carlson (SBN 257795) (carlson@cmslaw.com)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:   (925) 947-1147
Facsimile:    (925) 947-1131

Edwin Prather (SBN 190536) (edwin@pratherlawoffices.com)
**LAW OFFICES OF EDWIN PRATHER**
461 Bush Street, Suite 350
San Francisco, California  94108
Telephone:    (415) 881-7774

Karen L. Snell (State Bar No. 100266) (ksnell@snell-law.com)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA  94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748

Attorneys for Plaintiffs CHIEN VAN BUI AND AI HUYNH

DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
REBECCA A. BERS, State Bar #287111
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863 [Connolly]
Telephone:    (415) 554-4224 [Bers]
Facsimile:     (415) 554-3837
Email:          sean.connolly@sfcityatty.org
Email:          rebecca.bers@sfcityatty.org


Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE OFFICER AUSTIN
WILSON, SAN FRANCISCO POLICE OFFICER
TIMOTHY A. ORTIZ

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Bui vs. City and County of San Francisco, et al.*   Case No. C11-04189 LB
STIPULATION & [PROPOSED] ORDER RE: WITHDRAWAL OF BILL OF COSTS

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIEN VAN BUI AND AI HUYNH, individually, and as successors in interest to the Estate of Vinh Van Bui,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER AUSTIN WILSON, SAN FRANCISCO POLICE OFFICER TIMOTHY A. ORTIZ, and DOES ONE through 50,<br><br>Defendants. | Case No.: **C11-04189 LB**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF DEFENDANTS' BILL OF COSTS IN LIEU OF WAIVER OF POST TRIAL MOTIONS AND APPEAL** |

TO THE HONORABLE LAUREL BEELER, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

Plaintiffs Chien Van Bui and Ai Huynh, individually and as successors in interest to the Estate of Vinh Van Bui ("Plaintiffs") agree to waive their right to challenge the judgment in favor of defendants entered in this matter through post-trial motions or appeal in exchange for a waiver of costs by Defendants City and County of San Francisco, San Francisco Police Officer Austin Wilson, San Francisco Police Officer Timothy Ortiz ("Defendants"). The parties, through their counsel of record, stipulate as follows:

1.   Plaintiffs waive their right to challenge the judgment through post-trial motions or appeal;

2.   Defendants waive their right to seek and/or obtain costs for defending this matter and withdraw their bill of costs filed at Dkt. 321;

3.   Each party to bear their own fees and costs.

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Bui vs. City and County of San Francisco, et al.*   Case No. C11-04189 LB   Page 2
STIPULATION & [PROPOSED] ORDER RE: WITHDRAWAL OF BILL OF COSTS

IT IS SO STIPULATED.

DATED: April 17, 2018                    /s/ - "Adam M. Carlson"
                                          ADAM M. CARLSON, ESQ.
                                          **CASPER, MEADOWS, SCHWARTZ & COOK**
                                          Attorneys for Plaintiffs

DATED: April 17, 2018                    /s/ - "Sean Connolly"
                                          SEAN CONNOLLY, ESQ.
                                          **DEPUTY CITY ATTORNEY**
                                          Attorneys for Defendants

Based on the above stipulation, and for good cause appearing, IT IS SO ORDERED that this matter is dismissed with prejudice.

DATED: April 17, 2018

THE HONORABLE LAUREL BEELER
United States District Court Magistrate Judge

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Bui vs. City and County of San Francisco, et al.*   Case No. C11-04189 LB                    Page 3
STIPULATION & [PROPOSED] ORDER RE: WITHDRAWAL OF BILL OF COSTS